**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
**DISTRICT OF DELAWARE**

Case number *(if known)* _____ Chapter 15

☐ Check if this an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | Debtor's name | **Rokstad Holdings Corporation** |
| 2. | Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number<br>☑ Other <u>BC1167932</u>. Describe identifier **Incorporation number.**<br>**For individual debtors**<br>☐ Social Security Number: ___<br>☐ Individual Taxpayer Identification Number (ITIN): ___<br>☐ Other ___. Describe identifier ___. |
| 3. | Name of foreign representative(s) | FTI Consulting Canada Inc., in its capacity as the Court-appointed Receiver of Rokstad Holdings Corporation, et al. |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | Supreme Court of British Columbia in Bankruptcy and Insolvency. Vancouver Registry, Action No. B-240477 |
| 5. | Nature of the foreign proceeding | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____ |
| 7. | Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending).<br>☑ Yes |

| | | | |
|---|---|---|---|
| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: | |

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9. Addresses**

**Country where the debtor has the center of its main interests:**

**Canada**

**Debtor's registered office:**

1000-595 Burrard Street
Vancouver, British Columbia V7X 1S8
<sub>P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code</sub>

Canada
<sub>Country</sub>

**Individual debtor's habitual residence:**

<sub>P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code</sub>

<sub>Country</sub>

**Address of foreign representative(s):**

70 West Georgia Street
Vancouver, BC V7Y 1G5
<sub>P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code</sub>

Canada
<sub>Country</sub>

---

**10. Debtor's website (URL)**    https:www.rokstadpower.com

---

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

---

**12. Why is the venue proper in *this district*?**

*Check one:*

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district.
_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____

---

**13. Signature of foreign representative(s)**

I request relief in accordance with the chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

**X    /s/ Thomas Powell**
Signature of foreign representative

**Thomas Powell**
solely in his capacity as Senior Managing Director of FTI Consulting Canada Inc., in its capacity as Receiver and Authorized Foreign Representative
Printed name

Executed on    **11/21/2024**
MM / DD / YYYY

**X** _____
Signature of foreign representative

_____
Printed name

Executed on    _____
MM / DD / YYYY

---

**14. Signature of attorney**

**X    /s/ Steven W. Golden**
Signature of Attorney for foreign representative

Date    **11/21/2024**
MM / DD / YYYY

**Steven W. Golden**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 N. Market Street, 17th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

**302.652.4100**
Contact phone

**sgolden@pszjlaw.com**
Email address

**6807 DE**
Bar number and State