**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| ROKSTAD HOLDINGS CORPORATION, et al.,[1] | Case No. 24-12645 (MFW) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

**CONSOLIDATED STATEMENT PURSUANT TO FEDERAL**
**RULE OF BANKRUPTCY PROCEDURE 1007(a)(4)**

FTI Consulting Canada Inc. ("FTI"), in its capacity as the court-appointed receiver (in such capacity, the "Receiver") of the above-captioned debtors (collectively, the "Rokstad Group" or the "Debtors"), in its capacity as the authorized foreign representative (the "Foreign Representative") of the Debtors, which are the subject of a receivership proceeding (the "Canadian Receivership") pursuant to section 243(1) of the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c. B-3, as amended (the "BIA") and section 39 of the *Law and Equity Act*, R.S.B.C. 1996 c. 253, as amended (the "LEA") pending before the Supreme Court of British Columbia in Bankruptcy and Insolvency (the "Canadian Court"), hereby submits this consolidated statement (this "Statement") pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

*(remainder of page intentionally left blank)*

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Rokstad Holdings Corporation (7932); Rokstad Power (2018) Ltd. (8273); Golden Ears Painting & Sandblasting (2018) Ltd. (8286); Plowe Power Systems (2018) Ltd. (8882); Rokstad Power (Prairies) Ltd. (9305); Rokstad Power Transmission Services Ltd. (9301); Rokstad Power Construction Services Ltd. (9295); Rokstad Power (East), Inc. (4090); Rokstad Power Inc. (4394); and Rok Air, LLC (6825). The Debtors' service address for purposes of these Chapter 15 Cases is 80 Golden Dr., Coquitlam, BC V3K 6TI, Canada.

A. **CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**

The following corporate ownership statement is made pursuant to Rules 1007(a)(4)(A) and 7007.1 of the Federal Rules of Bankruptcy Procedure:

- No corporate entities own 10% or more in any class of Rokstad Holdings Corporation ("Rokstad Holdings") equity interests.[2]

- Each of Debtors Rokstad Power (East) Inc., Rokstad Power (2018) Ltd., Rokstad Power (East) Inc., and Rokstad Power (East) Inc. are wholly-owned by Rokstad Holdings.

- Each of Debtors Plowe Power Systems (2018) Ltd., Rokstad Power (Prairies) Ltd., Rokstad Power Transmission Services Ltd., and Rokstad Power Construction Services Ltd, are wholly-owned by Rokstad Power (2018) Ltd.

- Debtor, Rok Air, LLC is wholly-owned by Rokstad Power Inc.

B. **CONSOLIDATED VERIFIED LIST**

Pursuant to Bankruptcy Rules 1007(a)(4), 1008, and 2002(q), the list attached hereto as **Schedule 1** contemplates each of the following:

(i) all persons or bodies authorized to administer foreign proceedings of the Debtors;

(ii) all parties to litigation pending in the United States in which any Debtor is a party at the time of filing of the petition; and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

*(remainder of page intentionally left blank)*

---

[2] According to the Debtors' books and records, as of the Petition Date, the Rokstad Family Trust holds 60 voting shares of Class A Common Stock in Rokstad Holdings and the BROK Trust owns 40 voting shares of Class A common stock in Rokstad Holdings.

4855-4132-4279.2 29776.00001

I declare under penalty of perjury under the laws of the United States of America that the information in the attached list is true and correct to the best of my knowledge.

                                                   FTI Consulting Canada Inc.
                                                   Solely in its capacity as court-appointed Foreign Representative, and not in its personal or corporate capacity

Dated: November 21, 2024
       Vancouver, British Columbia,
       Canada                                    */s/ Thomas Powell*
                                                   By:  Thomas Powell
                                                   Title:  Senior Managing Director
                                                   FTI Consulting Canada Inc.

## **Schedule 1**

**All persons or bodies authorized to administer foreign proceedings of the Debtors.**

FTI Consulting Canada Inc.
701 West Georgia Street
Suite 1450, PO Box 10089
Vancouver, British Columbia V7Y 1B6
Attn: Tom Powell and Craig Munro

**All parties to litigation pending in the United States in which a Debtor is a party at the time of filing of the petition.**

Agostino Utilities LLC
4457 Skippack Pike
Schwenksville, PA 19473

BankDirect Capital Finance
c/o Obermayer, Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
Attn:  William J. Leonard, Richard P. Limburg

Christina Mirarchi
c/o Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Attn: Thomas P. Cialino, and Wayne Streibich

Colby Apel
c/o Secerst Wardle
2600 Troy Center Drive
PO Box 5025
Troy, MI 48007-5025
Attn:  Mark F. Masters and Jeffrey Bullard

Julie Elizabeth Peters
c/o Femminineo Law, PLLC
110 S. Main Street
Mt. Clemens, MI 48043
Attn: Vincenzo Richard Sarti, and David C. Femminineo

L&M Power Venture LLC
56 East New York Avenue
Somers Point, NJ 08244

L&M Power Venture LLC
c/o Ciardi Ciardi & Astin1905 Spruce Street
Philadelphia, PA 19103-5732
Attn: Anthony Ciardi and Daniel Siedman III

Liberty & Associates II Inc.
c/o Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Attn: Thomas P. Cialino, and Wayne Streibich

Liberty & Associates II Inc.
c/o Ciardi Ciardi & Astin1905 Spruce Street
Philadelphia, PA 19103-5732
Attn: Anthony Ciardi and Daniel Siedman III

Liberty & Associates Inc.
2675 Holicong Road
Doylestown, PA 18940

Liberty & Associates Inc.
c/o Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103-5732
Attn: Anthony Ciardi and Daniel Siedman III

Longview Truck Center
c/o Boon Calk Echols Coleman & Goolsby PLLC
1800 NW Loop 281
Suite 303
Longview, TX 75604
Attn: Kenneth Casey Goolsby

Mavrik Sales LLC d/b/a Mavrik Solutions
c/o Clark Law Firm, PLLC
121 West South Street, PO Box 4248
Fayetteville, AR 72702-4248
Attn: Suzanne G. Clark and Payton C. Bentley

Mriarchi Brothers Inc.
3190 Tremont Avenue
Feasterville Trevose, PA 19053

5

Pacific Bell Telephone Company
c/o Law Office of J. Sal Muñoz
P.O. Box 890158
Temecula, CA 92589
Attn: J. Sal Muñoz

Pioneer State Mutual Insurance Company
c/o Landry, Mazzeo, & Dembinski PC
37000 Grand River Ave #200
Farmington Hills, MI 48355
Attn: Nancy Dembinski

Ralph Mirarchi, JR
2675 Holicong Road
Doylestown, PA 18902

RC Investments Inc.
2675 Holicong Road
Doylestown, PA 18902

Rodolfo Sanchez and Erlinda C. Sanchez
c/o Southwest Legal Group
22440 Clarendon Street, Second Floor
Woodland Hills, CA 91367
Attn: L. Dean Smith, Jr.

Scott Faer
c/o Halpern Law Firm, Inc.
26500 Agoura Road, Suite 212
Calabasas, CA 91302
Attn: Loren B. Halpern

Stellex Capital Management, LLC
900 Third Avenue, 25th Floor
New York, NY 10022

Tracy L. Thom and Jennifer J. Thom
c/o Pickett Dummigan Weingart LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 92704
Attn: J. Randolph Pickett, Kimberly O. Weingart, Shangar S. Meman, Kyle T. Sharp, and Rachel M. Jennings

Traffic Management Inc.
c/o Dilworth & Paxson LLP
1500 Market Street
Suite 3500E

Philadelphia, PA 19102
Attn: Jerry R. DeSiderato and Jack Small

**All entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.**[3]

The list of parties against whom provisional relief is sought may be accessed free of charge on the Foreign Representative's website: http://cases.stretto.com/rokstad

---

[3] The information set forth therein is based on the Foreign Representative's review of the Debtors' books and records. The Foreign Representative reserves the right to modify or supplement any of the information provided, effective retroactive to the Petition Date.

4855-4132-4279.2 29776.00001