IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ROKSTAD HOLDINGS CORPORATION, et al.,[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-12645 (MFW)<br><br>(Joint Administration Requested) |

### AFFIDAVIT OF SERVICE

I, Waleska Rivera, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 21, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda for Hearing Scheduled for November 22, 2024 at 1:00 P.M. (Prevailing Eastern Time), Before the Honorable Judge Mary F. Walrath Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware** (Docket No. 10)

- **Notice of Virtual Hearing on First Day Motions** (Docket No. 11)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: November 21, 2024

*Waleska Rivera*
Waleska Rivera

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 21st day of November 2024 by Waleska Rivera.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Rokstad Holdings Corporation (7932); Rokstad Power (2018) Ltd. (8273); Golden Ears Painting & Sandblasting (2018) Ltd. (8286); Plowe Power Systems (2018) Ltd. (8882); Rokstad Power (Prairies) Ltd. (9305); Rokstad Power Transmission Services Ltd. (9301); Rokstad Power Construction Services Ltd. (9295); Rokstad Power (East), Inc. (4090); Rokstad Power Inc. (4394); and Rok Air, LLC (6825).

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| BC Hydro | c/o Lawson Lundell LLP | 925 W Georgia St #1600 | Cathedral Place | Vancouver | BC | V6C 3L2 | Canada |
| Delaware State Treasury | Attn: Legal Dept | 820 Silver Lake Blvd Ste 100 | | Dover | DE | 19904 | |
| FTI Consulting Canada Inc. | Attn: Powell Munro Helkaa | 701 West Georgia Street Suite 1450 | PO Box 10089 | Vancouver | BC | V7Y 1B6 | Canada |
| FTI Consulting Canada Inc. | c/o Osler Hoskin & Harcourt LLP | 1055 Dunsmuir Street Suite 3000 | Bentall Four | Vancouver | BC | V7X 1K8 | Canada |
| FTI Consulting Canada Inc. | c/o Pachulski Stang Ziehl & Jones | One Sansome Street Suite 3430 | Attn: D. Grassgreen & S. Golden | San Francisco | CA | 94104 | |
| Graham Construction & Engineering | c/o Burnet Duckwork & Palmer LLP | 525 8 Ave SW Suite 2400 | Attn: Algar Maxwell Gupta | Calgary | AB | T2P 1G1 | Canada |
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Internal Revenue Service | 1111 Constitution Ave NW | | Washington | DC | 20224 | |
| Local Union 258 of the IBEW | c/o Koskie Glavin Gordon | 1650-409 Granville St | Attn: Dawid Cieloszczyk | Vancouver | BC | V6C 1T2 | Canada |
| Office of UST for District of DE | Attn: Malcom M. Bates | 844 N King St #2207 Lockbox 35 | | Wilmington | DE | 19801 | |
| Pachulski Stang Ziehl & Jones LLP | Attn: Grassgreen Golden Robinson | 919 North Market Street 17th Floor | | Wilmington | DE | 19801 | |
| Rokstad Holdings Corporation et al. | c/o Bennett Tueller Johnson & Deere | 3165 Millrock Dr #500 | Attn: Johnson Reutzel Lee Hooker | Salt Lake City | UT | 84121 | |
| Rokstad Holdings Corporation et al. | c/o Dentons US LLP | 4520 Main Street Suite 1100 | Attn: R. Matthew Garms | Kansas City | MO | 64111-7700 | |
| Rokstad Holdings Corporation et al. | c/o Farris LLP | 700 W Georgia Street 25th Floor | PO Box 10026 Pacific Centre South | Vancouver | BC | V7Y 1B3 | Canada |
| Secretary of State | c/o Division of Corporations | PO Box 898 | Attn: Franchise Tax | Dover | DE | 19903 | |
| Securities and Exchange Commission | Attn: Regional Director | 200 Vesey St Ste 400 Brookfield Pl | New York Regional Office | New York | NY | 10281-1022 | |
| Securities and Exchange Commission | Attn: Antonia Apps | 100 Pearl St Ste 20-100 | | New York | NY | 10004-2616 | |
| State of Delaware | Department of Justice | 820 N French Street | Carvel State Office Building | Wilmington | DE | 19801 | |
| Stellex Power Line Opco LLC | c/o Blake Cassels & Graydon LLP | 1133 Melville Street Suite 3500 | Attn: P. Bychawski & K. Bourassa | Vancouver | BC | V6E 4E5 | Canada |
| Stellex Power Line Opco LLC | c/o Greenberg Traurig LLP | One Vanderbilt Avenue | Attn: Oscar Pinkas Nathan Haynes | New York | NY | 10017 | |
| Stellex Pwr Line OpCo & 1501841 BC | c/o Blake Cassels & Graydon LLP | 1133 Melville Street Suite 3500 | The Stack | Vancouver | BC | V6E 4E5 | Canada |
| Stellex Pwr Line OpCo & 1501841 BC | c/o Blake Cassels & Graydon LLP | 855 - 2nd Street S.W. Suite 3500 | Bankers Hall Tower | Calgary | AB | T2P 4J8 | Canada |
| Stellex Pwr Line OpCo & 1501841 BC | c/o Greenberg Traurig LLP | One Vanderbilt Avenue | Attn: Pinkas Haynes Liu Woo Kee | New York | NY | 10017 | |
| Stellex Pwr Line OpCo & 1501841 BC | c/o Greenberg Traurig LLP | 222 Delaware Avenue Suite 1600 | Attn: Anthony Clark & Dennis Meloro | Wilmington | DE | 19801 | |
| US Atty Office for District of DE | Attn: Legal Dept | 1313 N Market Street | | Wilmington | DE | 19801 | |
| US Securities & Exchange Commission | Attn Officer/Director or Legal Dept | 100 F Street NE | | Washington | DC | 20549 | |
| Viking Mats Viking Helical et al. | Attn: Bryan Stadtler Louie Jauregui | 7480 Flying Cloud Drive Suite 400 | | Eden Prairie | MN | 55344 | |

In re: Rokstad Holdings Corporation, et al.
Case No. 24-12645 (MFW)

Page 1 of 1

# Exhibit B



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| BC Hydro | c/o Lawson Lundell LLP | Attn: Bryan Gibbons, Robert Holt | bgibbons@lawsonlundell.com<br>robert.holt@bchydro.com |
| Bernie and Aaron Rokstad | | | Email Redacted |
| FTI Consulting Canada Inc. | Attn: Tom Powell, Craig Munro, Deryck Helkaa | | rokstad@fticonsulting.com<br>tom.powell@fticonsulting.com<br>craig.munro@fticonsulting.com<br>deryck.helkaa@fticonsulting.com |
| FTI Consulting Canada Inc. | c/o Osler, Hoskin & Harcourt LLP | Attn: Mary Buttery, Emily Paplawski | mbuttery@osler.com<br>epaplawski@osler.com |
| FTI Consulting Canada Inc. | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Debra Grassgreen, Steven W. Golden | dgrassgreen@pszjlaw.com<br>sgolden@pszjlaw.com |
| Graham Construction & Engineering Inc. | c/o Burnet, Duckwork & Palmer LLP | Attn: Ryan Algar, David Maxwell, Prateek Gupta | ralgar@bdplaw.com<br>dcm@bdplaw.com<br>pgupta@bdplaw.com |
| Local Union 258 of the IBEW | c/o Koskie Glavin Gordon | Attn: Dawid Cieloszczyk | dcieloszczyk@koskieglavin.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of UST for District of DE | Attn: Malcom M. Bates | | malcolm.m.bates@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP | Attn: Debra Grassgreen, Steven Golden, Colin Robinson | | dgrassgreen@pszjlaw.com<br>sgolden@pszjlaw.com<br>crobinson@pszjlaw.com |
| Rokstad Holdings Corporation, et al. | c/o Bennett Tueller Johnson & Deere | Attn: Barry N. Johnson, Jeremy Reutzel, Josh Lee, KC Hooker | bjohnson@btjd.com<br>jreutzel@btjd.com<br>jlee@btjd.com<br>kchooker@btjd.com |
| Rokstad Holdings Corporation, et al. | c/o Dentons US LLP | Attn: R. Matthew Garms | matthew.garms@dentons.com |
| Rokstad Holdings Corporation, et al. | c/o Farris LLP | Attn: Tevia R.M. Jeffries | tjeffries@farris.com |
| State of Delaware | Department of Justice | Carvel State Office Building | attorney.general@state.de.us |
| Stellex Power Line Opco LLC | c/o Blake, Cassels, & Graydon LLP | Attn: Peter Bychawski, Kelly Bourassa | peter.bychawski@blakes.com<br>kelly.bourassa@blakes.com |
| Stellex Power Line Opco LLC | c/o Greenberg Traurig LLP | Attn: Oscar Pinkas, Nathan Haynes | pinkaso@gtlaw.com<br>haynesn@gtlaw.com |
| Stellex Power Line OpCo LLC and 1501841 B.C. Ltd., LLC | c/o Blake, Cassels & Graydon LLP | Attn: Kelly Bourassa | kelly.bourassa@blakes.com |
| Stellex Power Line OpCo LLC and 1501841 B.C. Ltd., LLC | c/o Blake, Cassels & Graydon LLP | Attn: Peter Bychawski | peter.bychawski@blakes.com |
| Stellex Power Line OpCo LLC and 1501841 B.C. Ltd., LLC | c/o Greenberg Traurig, LLP | Attn: Anthony W. Clark and Dennis A. Meloro | anthony.clark@gtlaw.com<br>dennis.meloro@gtlaw.com |

In re: Rokstad Holdings Corporation, et al.
Case No. 24-12645 (MFW)

Page 1 of 2

Document Ref: EQNDP-WYGKY-PJ6KX-ZHFPG    Page 5 of 6



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Stellex Power Line OpCo LLC and 1501841 B.C. Ltd., LLC | c/o Greenberg Traurig, LLP | Attn: Oscar N. Pinkas, Nathan A. Haynes, T. Charlie Liu, Stephen A. Woo Kee | pinkaso@gtlaw.com<br>haynesn@gtlaw.com<br>charlie.liu@gtlaw.com<br>esteban.wookee@gtlaw.com |
| Viking Mats, Viking Helical Anchors, Viking Dairy, Viking Specialty Supply | Attn: Bryan Stadtler, Louie Jauregui | | bryan@vikingforest.com<br>louie.jauregui@fctg.com |

In re: Rokstad Holdings Corporation, et al.
Case No. 24-12645 (MFW)

Page 2 of 2

Document Ref: EQNDP-WYGKY-PJ6KX-ZHFPG    Page 6 of 6