# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| ROKSTAD HOLDINGS CORPORATION, et al.,[1] | Case No. 24-12645 (MFW) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |
| | **Ref. Docket No. 3** |

**CERTIFICATION OF COUNSEL
REGARDING REVISED ORDER DIRECTING (I) JOINT ADMINISTRATION OF
CASES UNDER CHAPTER 15 OF THE BANKRUPTCY CODE; (II) AUTHORIZING
FOREIGN REPRESENTATIVE TO FILE CONSOLIDATED LISTS OF
INFORMATION REQUIRED BY BANKRUPTCY RULE 1007(A)(4); AND (III)
AUTHORIZING REDACTION OF CERTAIN PERSONAL IDENTIFYING
INFORMATION WITHIN THE CONSOLIDATED LISTS**

The undersigned counsel for FTI Consulting Canada Inc. ("FTI"), in its capacity as the authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), in connection with the receivership proceeding (the "Canadian Receivership") pursuant to section 243(1) of the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c. B-3, as amended (the "BIA") and section 39 of the *Law and Equity Act*, R.S.B.C. 1996 c. 253, as amended (the "LEA") pending before the Supreme Court of British Columbia in Bankruptcy and Insolvency (the "Canadian Court"), hereby certifies that:

1. On November 21, 2024, the Foreign Representative filed the *Motion for Order Directing (I) Joint Administration of Cases Under Chapter 15 of the Bankrutpcy Code; (II) Authorizing Foreign Representative to File Consolidated Lists of Information Required By*

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Rokstad Holdings Corporation (7932); Rokstad Power (2018) Ltd. (8273); Golden Ears Painting & Sandblasting (2018) Ltd. (8286); Plowe Power Systems (2018) Ltd. (8882); Rokstad Power (Prairies) Ltd. (9305); Rokstad Power Transmission Services Ltd. (9301); Rokstad Power Construction Services Ltd. (9295); Rokstad Power (East), Inc. (4090); Rokstad Power Inc. (4394); and Rok Air, LLC (6825).

*Bankruptcy Rule 1007(a)(4); and (III) Authorizing Redaction of Certain Personal Identifying Information Within the Consolidated Lists* [Docket No. 3] (the "Motion").

2. The Debtors received informal comments from the Office of the United States Trustee (the "U.S. Trustee") with respect to the Motion, which have been resolved by agreed revisions to the proposed order filed with the Motion.

3. On November 22, 2024, the Court held a hearing (the "Hearing") on the Motion. No responses to the Motion were received at the Hearing. No other answer, objection, or other responsive pleading to the Motion has been received or appears on the docket.

4. Attached hereto as **Exhibit 1** is a revised proposed *Order Directing (I) Joint Administration of Cases Under Chapter 15 of the Bankrutpcy Code; (II) Authorizing Foreign Representative to File Consolidated Lists of Information Required By Bankruptcy Rule 1007(a)(4); and (III) Authorizing Redaction of Certain Personal Identifying Information Within the Consolidated Lists* (the "Proposed Order"). The Proposed Order incorporates and resolves the informal comments received from the U.S. Trustee.

5. A blacklined copy of the Proposed Order is attached hereto as **Exhibit 2** showing changes made from the original order attached to the Motion.

6. Accordingly, the Foreign Representative respectfully requests entry of the Proposed Order attached hereto as **Exhibit 1** at the Court's convenience.


Dated:  November 22, 2024  **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Debra I. Grassgreen (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
Colin R. Robinson (DE Bar No. 5524)
Brooke E. Wilson (admitted *pro hac vice)*
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Email: dgrassgreen@pszjlaw.com
         sgolden@pszjlaw.com
         crobinson@pszjlaw.com
         bwilson@pszjlaw.com

*Counsel to the Foreign Representative*

# **Exhibit 1**

# **Exhibit 2**

4882-3330-5855.1 29776.00001