IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ROKSTAD HOLDINGS CORPORATION, et al.,[1] <br><br> Debtors in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-12645 (MFW) <br><br> (Joint Administration Requested) <br><br> **Ref. Docket No. 8** |

**CERTIFICATION OF COUNSEL REGARDING REVISED ORDER
SCHEDULING RECOGNITION HEARING AND SPECIFYING
FORM AND MANNER OF SERVICE OF NOTICE**

The undersigned counsel for FTI Consulting Canada Inc. ("FTI"), in its capacity as the authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), in connection with the receivership proceeding (the "Canadian Receivership") pursuant to section 243(1) of the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c. B-3, as amended (the "BIA") and section 39 of the *Law and Equity Act*, R.S.B.C. 1996 c. 253, as amended (the "LEA") pending before the Supreme Court of British Columbia in Bankruptcy and Insolvency (the "Canadian Court"), hereby certifies that:

1. On November 21, 2024, the Foreign Representative filed the *Motion for Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice* [Docket No. 8] (the "Motion").

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Rokstad Holdings Corporation (7932); Rokstad Power (2018) Ltd. (8273); Golden Ears Painting & Sandblasting (2018) Ltd. (8286); Plowe Power Systems (2018) Ltd. (8882); Rokstad Power (Prairies) Ltd. (9305); Rokstad Power Transmission Services Ltd. (9301); Rokstad Power Construction Services Ltd. (9295); Rokstad Power (East), Inc. (4090); Rokstad Power Inc. (4394); and Rok Air, LLC (6825).

4861-6662-8095.1 29776.00001

2. The Debtors received informal comments from the Office of the United States Trustee (the "U.S. Trustee") with respect to the Motion, which have been resolved by agreed revisions to the proposed order filed with the Motion.

3. On November 22, 2024, the Court held a hearing (the "Hearing") on the Motion. No responses to the Motion were received at the Hearing. The Court provided a hearing date for the Recognition Hearing.  No other answer, objection, or other responsive pleading to the Motion has been received or appears on the docket.

4. Attached hereto as **Exhibit 1** is a revised proposed *Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice (*the "Proposed Order"). The Proposed Order incorporates and resolves the informal comments received from the U.S. Trustee.

5. A blacklined copy of the Proposed Order is attached hereto as **Exhibit 2** showing changes made from the original order attached to the Motion.

6. Accordingly, the Foreign Representative respectfully requests entry of the Proposed Order attached hereto as **Exhibit 1** at the Court's convenience.

| | |
|---|---|
| Dated:  November 22, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Colin R. Robinson*<br>Debra I. Grassgreen (admitted *pro hac vice*)<br>Steven W. Golden (DE Bar No. 6807)<br>Colin R. Robinson (DE Bar No. 5524)<br>Brooke E. Wilson (admitted *pro hac vice)*<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Email: dgrassgreen@pszjlaw.com<br>          sgolden@pszjlaw.com<br>          crobinson@pszjlaw.com<br>          bwilson@pszjlaw.com<br><br>*Counsel to the Foreign Representative* |