# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| ROKSTAD HOLDINGS CORPORATION, et al.,[1] | Case No. 24-12645 (MFW) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

## AFFIDAVIT OF PUBLICATION FOR THE NOTICE OF RECOGNITION HEARING ON FOREIGN RECOGNITION PROCEEDINGS IN THE WALL STREET JOURNAL

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Rokstad Holdings Corporation (7932); Rokstad Power (2018) Ltd. (8273); Golden Ears Painting & Sandblasting (2018) Ltd. (8286); Plowe Power Systems (2018) Ltd. (8882); Rokstad Power (Prairies) Ltd. (9305); Rokstad Power Transmission Services Ltd. (9301); Rokstad Power Construction Services Ltd. (9295); Rokstad Power (East), Inc. (4090); Rokstad Power Inc. (4394); and Rok Air, LLC (6825).

# AFFIDAVIT

**STATE OF NEW JERSEY** )
) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Keith Oechsner, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1   insertion(s) on the following date(s):

NOV-27-2024;

ADVERTISER: ROKSTAD HOLDINGS CORPORATION;

and that the foregoing statements are true and correct to the best of my knowledge.

*Keith Oechsner* (signature)

Sworn to before me this
27   day of   November   2024

_____
Notary Public



IAN C. MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES 07/18/2026
STATE OF NEW JERSEY

# NEW HIGHS AND LOWS

WSJ.com/newhighs

The following explanations apply to the New York Stock Exchange, NYSE Arca, NYSE American and Nasdaq Stock Market stocks that hit a new 52-week intraday high or low in the latest session. **% CHG**-Daily percentage change from the previous trading session.

**Tuesday, November 26, 2024**

## Highs

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| AcresCmclRlty | ACR | 17.36 | 0.2 |
| ASPACIIIAcqn | ASPCU | 10.02 | ... |
| A10Networks | ATEN | 16.96 | 2.7 |
| AXIS Capital | AXS | 91.52 | -0.3 |
| AerCap | AER | 100.81 | 0.6 |
| Agrify | AGFY | 69.49 | 36.9 |
| AlaskaAir | ALK | 54.14 | -1.0 |
| Alcoa | AA | 47.77 | 0.4 |
| AlgonquinNt2079 | AQNB | 25.94 | -0.5 |
| Allot | ALLT | 4.77 | -0.7 |
| Allstate | ALL | 208.23 | 2.9 |
| Altria | MO | 57.60 | 1.5 |
| Ambarella | AMBA | 69.55 | 1.7 |
| AmerExpress | AXP | 306.97 | 0.1 |
| AmerHlthcrREIT | AHR | 29.52 | 1.4 |
| Aon | AON | 392.26 | 0.1 |
| ApolloGlbPfdA | APOpA | 92.15 | 0.3 |
| Aramark | ARMK | 42.41 | 0.9 |
| ArborRltyPfdF | ABRpF | 21.20 | 1.7 |
| AresMgmtPfdB | ARESpB | 56.48 | 1.3 |
| AresMgmt | ARES | 178.88 | 1.6 |
| AspenTech | AZPN | 254.04 | -0.2 |
| Avalonbay | AVB | 236.49 | 1.1 |
| Bark | BARK | 2.25 | 5.0 |

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| BOS BetterOnln | BOSC | 3.41 | 0.4 |
| BankofAmerica | BAC | 47.84 | 0.5 |
| BayCom | BCML | 29.95 | 1.1 |
| Berkley | WRB | 64.46 | 2.0 |
| Box | BOX | 35.74 | -0.4 |
| BrixmorProp | BRX | 30.31 | 0.9 |
| BroadridgeFinl | BR | 236.50 | 1.4 |
| BrookfldBRP7.25Nt | BEPJ | 26.02 | ... |
| Brookfield | BN | 60.23 | 0.6 |
| BrookfieldFinNts | BNJ | 16.94 | -1.2 |
| BrookfieldNts2084 | BIPJ | 26.25 | -2.1 |
| BrookWealth | BNT | 60.29 | 0.9 |
| Buckle | BKE | 52.17 | 1.1 |
| Cadiz | CDZI | 4.72 | 26.1 |
| C&F Fin | CFFI | 79.09 | 2.7 |
| CB FinSvcs | CBFV | 30.98 | 2.6 |
| CBL&Assoc | CBL | 31.71 | 1.1 |
| CBRE Group | CBRE | 141.05 | 1.3 |
| CME Group | CME | 235.18 | 2.2 |
| Carnival | CCL | 25.80 | 0.6 |
| Carnival | CUK | 23.22 | 0.4 |
| CarpenterTech | CRS | 198.24 | 0.5 |
| CenterPointEner | CNP | 32.66 | 0.2 |
| CentralPuerto | CEPU | 14.40 | -0.4 |
| CenturyCasinos | CNTY | 5.09 | 4.7 |
| CharltonAria | CHARU | 10.04 | 0.3 |

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| CheckpointTherap | CKPT | 4.33 | 1.7 |
| ChurchillCapIX | CCIXU | 10.51 | 0.5 |
| CincinnatiFinl | CINF | 159.81 | 0.1 |
| Cintas | CTAS | 228.12 | 1.1 |
| CiscoSystems | CSCO | 59.64 | 1.4 |
| CtznCmntyBcp | CZWI | 16.55 | -0.2 |
| ComfortSystems | FIX | 510.79 | 1.8 |
| CommvaultSys | CVLT | 178.72 | 1.1 |
| Compass | COMP | 7.25 | 1.4 |
| CompoSecure | CMPO | 16.24 | 3.1 |
| CompoSecureWt | CMPOW | 5.25 | 8.2 |
| ConsldComm | CNSL | 4.72 | 0.9 |
| CoreScientific | CORZ | 18.63 | -5.5 |
| CoreScientificWt | CORZZ | 18.56 | -5.0 |
| CoreScientificWt | CORZW | 12.47 | -6.8 |
| CoreCard | CCRD | 21.97 | 3.9 |
| CreativeGlblTech | CGTL | 4.88 | -2.3 |
| Cresud | CRESY | 13.18 | 0.7 |
| CresudWt | CRESW | 1.05 | 1.0 |
| Cummins | CMI | 377.69 | 0.6 |
| Datadog | DDOG | 157.48 | -1.4 |
| DiamedicaTherap | DMAC | 5.14 | 10.0 |
| DigitalRealty | DLR | 194.31 | 0.6 |
| DocuSign | DOCU | 86.75 | -0.2 |
| DonegalGroup A | DGICA | 16.65 | 0.9 |
| DoorDash | DASH | 181.30 | -0.1 |

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| DutchBros | BROS | 53.29 | 2.0 |
| DynagasLNG | DLNG | 4.85 | -0.6 |
| EastmanKodak | KODK | 6.90 | 5.9 |
| Eaton | ETN | 379.99 | 0.2 |
| ElbitSystems | ESLT | 255.02 | ... |
| Electromed | ELMD | 30.70 | 0.8 |
| Embecta | EMBC | 20.80 | 29.8 |
| Embraer | ERJ | 40.34 | 2.8 |
| EmersonElec | EMR | 134.17 | 0.2 |
| EmpresaDisCom | EDN | 40.60 | 2.3 |
| Endeavor | EDR | 30.30 | 0.8 |
| EnergySvsofAmerica | ESOA | 16.25 | 4.5 |
| Equinix | EQIX | 982.69 | 0.4 |
| EtonPharm | ETON | 12.54 | 3.5 |
| EvergreenA | EVGR | 11.80 | 0.3 |
| Everi | EVRI | 13.48 | 0.4 |
| F5 | FFIV | 252.16 | 1.3 |
| FinWiseBancorp | FINW | 18.91 | 4.2 |
| FirstInterBanc | FIBK | 36.77 | -0.2 |
| FirstSavingsFin | FSFG | 30.28 | 1.9 |
| FirstUnited | FUNC | 35.77 | 0.1 |
| Fiserv | FI | 223.23 | 0.3 |
| FlagShipAcqn | FSHP | 10.15 | 0.3 |
| FutureVisionII | FVNNU | 10.21 | 0.1 |
| FutureVisionII | FVN | 10.06 | 0.2 |
| GP-ActIIIAcqnA | GPAT | 10.15 | 0.1 |
| Gallagher | AJG | 314.44 | 2.1 |
| GenDigital | GEN | 30.94 | 0.9 |
| GladstoneComm | GOOD | 17.59 | 0.7 |
| GladstonePfdD | LANDM | 25.06 | 0.2 |
| Global-EOnline | GLBE | 52.57 | -0.7 |
| GlobalPtrs | GLP | 53.92 | 2.2 |
| GoDaddy | GDDY | 202.56 | 1.2 |
| GooseheadIns | GSHD | 130.02 | 3.1 |

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| Greenbrier | GBX | 68.39 | 0.8 |
| GpoSupervielle | SUPV | 11.70 | 4.9 |
| GuardianPharm | GRDN | 25.20 | 0.2 |
| Hanesbrands | HBI | 9.10 | 4.6 |
| Hawkins | HWKN | 137.98 | 1.4 |
| Hims&HersHealth | HIMS | 31.68 | -2.1 |
| HomeDepot | HD | 439.37 | 0.2 |
| HorizonSpaceI | HSPO | 11.32 | 0.4 |
| IES Holdings | IESC | 318.99 | 7.1 |
| IRSA | IRS | 16.88 | 4.6 |
| iClickInteract | ICLK | 5.99 | 3.4 |
| Imax | IMAX | 25.78 | ... |
| Intapp | INTA | 61.37 | 2.3 |
| InterContHtls | IHG | 126.14 | 0.4 |
| InterDigital | IDCC | 196.45 | 1.1 |
| Interface | TILE | 27.06 | 0.8 |
| KKR | KKR | 161.53 | 1.5 |
| KoruMedSys | KRMD | 3.85 | 4.1 |
| KT | KT | 17.43 | 2.7 |
| KulrTech | KULR | 0.97 | -2.7 |
| KaratPkg | KRT | 31.32 | 0.1 |
| Kenvue | KVUE | 24.46 | -0.5 |
| Kingstone | KINS | 16.32 | 6.3 |
| Kroger | KR | 60.70 | 0.8 |
| Kyndryl | KD | 34.37 | 1.2 |
| LandBridge | LB | 80.50 | 3.2 |
| LandmarkBncp | LARK | 24.36 | 3.8 |
| CBTCS 04-6 | JBK | 28.19 | 4.5 |
| LemonadeWt | LMND.WS | 0.21 | 21.9 |
| LibertyGlobalA | LBTYA | 13.82 | 1.6 |
| LibertyGlobalC | LBTYK | 14.26 | 1.3 |
| LibertyGlobalB | LBTYB | 13.80 | 1.8 |
| LibertyFormOne A | FWONA | 81.22 | -0.3 |
| LibertyFormOne C | FWONK | 88.18 | -0.4 |

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| LoganRidgeFin | LRFC | 25.89 | 1.9 |
| LomaNegra | LOMA | 11.88 | 4.5 |
| Macerich | MAC | 21.40 | 3.0 |
| MagyarBancorp | MGYR | 13.77 | 3.0 |
| MainStreetCap | MAIN | 54.90 | 0.2 |
| MakeMyTrip | MMYT | 114.69 | 4.0 |
| Mama'sCreations | MAMA | 9.48 | 0.2 |
| Maris-Tech | MTEK | 2.23 | 23.3 |
| Markel | MKL | 1778.10 | 0.8 |
| Marriott | MAR | 289.80 | 0.1 |
| Marsh&McLen | MMC | 233.48 | 0.9 |
| MarvellTech | MRVL | 95.55 | 1.0 |
| Masimo | MASI | 178.28 | -3.1 |
| MasTec | MTZ | 150.12 | 3.4 |
| MerchantsBncpPfdE | MBINL | 25.65 | 0.2 |
| Meridian | MRBK | 16.82 | 2.1 |
| MesabiTrust | MSB | 27.10 | 4.6 |
| MetLife | MET | 87.88 | 0.5 |
| MCFinInvNts2028 | MFICL | 25.84 | ... |
| Moody's | MCO | 501.21 | 1.1 |
| MorganStanleyPfdA | MSpA | 23.87 | 0.6 |
| Morningstar | MORN | 357.06 | 0.6 |
| Nasdaq | NDAQ | 83.04 | 1.4 |
| Netgear | NTGR | 25.20 | 3.1 |
| NewYorkMtgPfdF | NYMTL | 22.75 | ... |
| NexPtDivRlEstPfdA | NXDTpA | 16.29 | -0.6 |
| NextNav | NN | 17.10 | -0.5 |
| NexxenIntl | NEXN | 10.30 | 4.2 |
| NiSource | NI | 38.28 | 0.8 |
| NorthernTrust | NTRS | 111.19 | 0.2 |
| OSI Systems | OSIS | 171.20 | 0.9 |
| Omeros | OMER | 12.49 | 3.1 |
| OppFi | OPFI | 8.17 | 1.9 |
| OppFiWt | OPFI.WS | 0.94 | 10.5 |

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| OxfordLaneNts2027 | OXLCZ | 23.79 | ... |
| PG&E | PCG | 21.56 | 1.5 |
| PNC Finl | PNC | 214.81 | 0.8 |
| PTC Therap | PTCT | 47.24 | 7.0 |
| PTL | PTLE | 7.30 | 9.1 |
| PacGE pfG | PCGpG | 22.30 | -3.0 |
| PalladyneAI | PDYN | 7.37 | 63.5 |
| ParTechnology | PAR | 79.26 | -1.8 |
| PaycomSoftware | PAYC | 236.75 | 0.7 |
| Paymentus | PAY | 38.76 | 0.7 |
| Pegasystems | PEGA | 96.68 | 1.2 |
| Peloton | PTON | 10.10 | 0.7 |
| PennsWoodsBncp | PWOD | 31.58 | 1.0 |
| PeoplesFinSvcs | PFIS | 59.70 | -3.3 |
| PlanetLabs | PL | 3.89 | -2.6 |
| PoseidaTherap | PSTX | 9.41 | 228.0 |
| PostHoldings | POST | 119.59 | 1.4 |
| Primega | PGHL | 107.36 | 918.6 |
| Primerica | PRI | 306.48 | 0.5 |
| PriorityIncmPfdG | PRIFpG | 25.27 | ... |
| PriorityTech | PRTH | 10.05 | 14.6 |
| Pro-Dex | PDEX | 50.40 | 2.6 |
| Procter&Gamble | PG | 179.46 | 1.1 |
| Progressive | PGR | 268.16 | 0.8 |
| PublicServiceEnt | PEG | 94.67 | 1.6 |
| Q2 | QTWO | 108.00 | -0.3 |
| QifuTechnology | QFIN | 35.80 | 5.4 |
| QuantaServices | PWR | 350.19 | 1.1 |
| Quantum | QMCO | 33.00 | -20.9 |
| Qudian | QD | 3.10 | 33.2 |
| QuettaAcqn | QETA | 10.54 | 0.2 |
| RLI | RLI | 181.64 | 0.6 |
| Radcom | RDCM | 12.84 | 4.2 |
| Radware | RDWR | 24.60 | 5.5 |

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| RaymondJames | RJF | 169.01 | 1.1 |
| RealReal | REAL | 5.40 | -0.8 |
| Redwire | RDW | 14.40 | 0.1 |
| RepublicSvcs | RSG | 219.94 | 0.4 |
| Revolve | RVLV | 39.03 | 2.2 |
| RichmondMutBncp | RMBI | 14.48 | 0.7 |
| RisingDragonAcqnUn | RDACU | 10.09 | 0.1 |
| RocketLab | RKLB | 26.71 | 5.7 |
| RoyalCaribbean | RCL | 245.91 | 1.7 |
| RushStreetInt | RSI | 14.53 | 5.1 |
| RyanSpecialty | RYAN | 75.50 | 0.6 |
| SEI Investments | SEIC | 82.47 | 1.1 |
| SchneiderNatl | SNDR | 33.47 | 3.9 |
| SeaportEnt | SEG | 33.63 | -1.3 |
| Semtech | SMTC | 66.64 | 18.1 |
| ServiceNow | NOW | 1072.84 | 1.6 |
| Shift4Paymts | FOUR | 113.85 | 0.3 |
| SpecialOppsPfdC | SPEpC | 24.10 | -0.6 |
| SpectralAIWt | MDAIW | 0.40 | 145.0 |
| SproutsFarmers | SFM | 153.65 | 3.6 |
| Stagwell | STGW | 8.16 | 2.1 |
| SterlingInfr | STRL | 203.49 | 1.4 |
| StoneX | SNEX | 106.77 | -0.2 |
| Stride | LRN | 108.48 | 2.2 |
| SuperGroup | SGHC | 6.79 | 9.9 |
| SwiftmergeWt | IVCPW | 0.18 | 1.9 |
| TJX | TJX | 126.44 | 1.1 |
| T-MobileUS | TMUS | 245.17 | 2.1 |
| T.RowePrice | TROW | 124.31 | 0.8 |
| TactileSystems | TCMD | 21.10 | -3.1 |
| Tapestry | TPR | 61.44 | 0.3 |
| TechnipFMC | FTI | 31.06 | 1.3 |
| TexasRoadhouse | TXRH | 204.94 | 1.3 |
| The9 | NCTY | 13.54 | 19.7 |

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| Toast | TOST | 44.12 | 0.5 |
| TruBridge | TBRG | 17.42 | ... |
| TylerTech | TYL | 635.40 | 1.8 |
| UGI | UGI | 30.01 | 2.2 |
| US BancorpPfdB | USBpH | 22.55 | -0.2 |
| US Gold | USAU | 8.59 | 9.0 |
| US Lime&Min | USLM | 159.53 | 6.0 |
| UnionBankshares | UNB | 34.24 | 7.8 |
| UnitedAirlines | UAL | 101.60 | -0.3 |
| UnitedSecBcshrs | UBFO | 9.86 | 1.0 |
| USComdtyIndxFd | USCI | 65.21 | 0.6 |
| UnusualMachines | UMAC | 6.85 | -9.3 |
| ValmontInds | VMI | 353.19 | 0.5 |
| Veracyte | VCYT | 42.86 | 4.2 |
| VeriskAnalytics | VRSK | 296.10 | 1.1 |
| Vertex | VERX | 55.52 | 0.5 |
| VictoryCapital | VCTR | 72.33 | 1.6 |
| Viking | VIK | 47.52 | 3.1 |
| VineHillCapA | VCIC | 10.02 | 0.1 |
| Visa | V | 314.50 | -0.4 |
| VistaOutdoor | VSTO | 44.72 | 0.5 |
| Vuzix | VUZI | 2.63 | -12.4 |
| WEC Energy | WEC | 101.68 | 0.2 |
| Walmart | WMT | 91.88 | 2.0 |
| Wang&Lee | WLGS | 5.55 | 0.4 |
| WasteConnections | WCN | 194.25 | 0.2 |
| WasteMgt | WM | 228.53 | 0.8 |
| WellsFargo | WFC | 78.13 | 0.6 |
| WhiteMtnIns | WTM | 2022.00 | -0.5 |
| WhitestoneREIT | WSR | 14.99 | ... |
| WidePoint | WYY | 5.60 | 2.5 |
| WingYipFood | WYHG | 4.40 | 6.0 |
| Wix.com | WIX | 224.33 | -0.4 |

**Continued on Page B10**

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## NOTICE OF SALE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

| In re: TGI Friday's Inc., *et al.*,[1] Debtors. | Chapter 11<br>Case No. 24-80069-sgj11<br>(Joint Administration Requested) |
|---|---|

**NOTICE OF PROPOSED SALE OF ASSETS, BIDDING PROCEDURES, AUCTION, AND SALE HEARING**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession (the "Debtors")[2] each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), on November 2, 2024, in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court"). The Debtors are seeking to assume and assign certain of their executory contracts and unexpired leases in connection with the sale (the "Sale") of all or substantially all of their assets (the "Assets"). The Sale of the Assets will be free and clear of liens, claims, and encumbrances, to the maximum extent permissible under applicable law, including as set forth in the Stalking Horse APA (or other purchase agreement with another successful bidder) and the Sale Order. In connection with the Sale, the Debtors are seeking to enter into an Asset Purchase Agreement (the "Stalking Horse APA") with one or more potential stalking horse purchasers (the "Stalking Horse Purchaser"). The Stalking Horse APA remains subject to the Debtors' acceptance of higher or otherwise better offers in accordance with the Bidding Procedures (as defined herein).

**PLEASE TAKE FURTHER NOTICE** that by order, dated November 20, 2024 [Docket No. 197] (the "Bidding Procedures Order"), the Bankruptcy Court approved certain relief requested in the related motion [Docket No. 138] (the "Bidding Procedures Motion"), including the "Bidding Procedures" that govern the Sale of the Assets to the highest or otherwise best bidder(s). **All interested bidders should carefully read the Bidding Procedures.** Copies of the Bidding Procedures Motion, the Bidding Procedures Order, the Bidding Procedures, and the Stalking Horse APA are available for download at https://cases.stretto.com/TGIFridays (the "Case Website") or from the Debtors' claims and noticing agent, Stretto, Inc., via telephone by calling (833) 505-4418 (toll-free) or (714) 886-6213 (international) or via email at TeamTGIFridays@stretto.com. **Any interested bidder should contact Richard Klein ((917) 520-3640; rklein@hilcocf.com) of Hilco Corporate Finance, LLC, the Debtors' proposed investment banking advisor.**

A separate notice will be provided to counterparties to executory contracts and unexpired leases with the Debtors that may be assumed and assigned in connection with the Sale.

The Debtors' Sale Timeline is as follows:

- The deadline to submit a bid for any Assets is **Friday, December 20, 2024 at 4:00 p.m. (prevailing Central Time).**
- Within one (1) business day of receipt of such adequate assurance information from the applicable bidder, but in no event later than **Saturday, December 21, 2024**, the Debtors shall provide adequate assurance documentation for all bidders to counterparties to executory contracts and unexpired leases.
- An auction for the Assets, unless cancelled or adjourned in accordance with the Bidding Procedures Order, will be held in person on **Friday, December 27, 2024 at 9:00 a.m. (prevailing Central Time)** or such other date as may be determined by the Debtors in consultation with the Consultation Parties (which information will be timely provided by the Debtors to the Auction Participants) at the offices of Foley & Lardner LLP 2021 McKinney Ave Suite 1600, Dallas, TX 75201; *provided, further, that, with the consent of the Debtors, Auction Participants may observe the Auction remotely via videoconference*; *provided, further*, that if the Auction is cancelled prior to the Auction Date, the Debtors shall file with the Court a notice of cancellation of Auction by no later than December 26, 2024 at 12:00 p.m. (prevailing Central Time).
- Any objections to the Sale or the relief requested in connection with the Sale, including, without limitation, objections related to adequate assurance of future performance or general objections to the assumption and assignment of the Assumed Contracts (a "Sale Objection") must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) set forth the specific basis for the Sale Objection; (d) be filed with the Clerk of the Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242 on or before **Monday, December 30, 2024 at 12:00 p.m. (prevailing Central Time)** (the "Sale Objection Deadline"), and served upon the Objection Notice Parties (as defined below); and (e) proof of service of such Sale Objection upon the Objection Notice Parties shall be filed with the Court as and when required by the Local Rules. The "Objection Notice Parties" are as follows: (a) proposed counsel to the Debtors, Ropes & Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, IL 60606 (Attn: Chris L. Dickerson (chris.dickerson@ropesgray.com) and Rahmon J. Brown (rahmon.brown@ropesgray.com)), and Foley & Lardner LLP, 2021 McKinney Avenue, Suite 1600, Dallas, Texas 75201 (Attn: Holland N. O'Neil (honeil@foley.com), Mark C. Moore (mmoore@foley.com), and Zachary C. Zahn (zzahn@foley.com)); (b) counsel to Texas Partners Bank, a Texas state bank doing business as The Bank of San Antonio; (c) counsel to the Official Unsecured Creditors' Committee; (d) counsel to FTI Consulting, Inc., in its capacity as the back-up manager (the "Back-Up Manager"), Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Alexander Woolverton (awoolverton@kramerlevin.com), Andrew Pollack (apollack@kramerlevin.com), and Kelly Porcelli (kporcelli@kramerlevin.com)); and (e) the United States Trustee for the Northern District of Texas (collectively, the "Objection Notice Parties").
- Unless adjourned, the Bankruptcy Court will conduct a hearing (the "Sale Hearing") to consider the Sale on or before **Thursday, January 2, 2025 at 9:30 a.m. (prevailing Central Time)**, subject to the Bankruptcy Court's availability.

**PLEASE TAKE FURTHER NOTICE THAT FAILURE TO ABIDE BY THE BIDDING PROCEDURES, THE BIDDING PROCEDURES ORDER OR ANY OTHER APPLICABLE ORDER OF THE BANKRUPTCY COURT ENTERED IN THE DEBTORS' CHAPTER 11 CASES MAY RESULT IN THE REJECTION OF YOUR BID AND YOUR DISQUALIFICATION FROM PARTICIPATING IN THE BIDDING FOR AND AUCTION OF ANY OF THE DEBTORS' ASSETS.**

**PLEASE TAKE FURTHER NOTICE THAT IF A SALE OBJECTION IS NOT FILED IN THE BANKRUPTCY COURT AND SERVED ON THE OBJECTION NOTICE PARTIES ON OR BEFORE THE SALE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE SALE AND BEING HEARD AT THE SALE HEARING, AND THE BANKRUPTCY COURT MAY ENTER THE SALE ORDER WITHOUT FURTHER NOTICE TO SUCH PARTY.**

Dated: November 25, 2024, Respectfully submitted by: */s/ Holland N. O'Neil*, **FOLEY & LARDNER LLP,** Holland N. O'Neil (TX 14864700), Mark C. Moore (TX 24074751), Zachary C. Zahn (TX 24137675), 2021 McKinney Avenue, Suite 1600, Dallas, TX 75201, Telephone: (214) 999-3000, Facsimile: (214) 999-4667, honeil@foley.com, mmoore@foley.com, zzahn@foley.com -and- **ROPES & GRAY LLP,** Chris L. Dickerson (admitted *pro hac vice*), Rahmon J. Brown (admitted *pro hac vice*), 191 North Wacker Drive, 32nd Floor, Chicago, IL 60606, Telephone: (312) 845-1200, Facsimile: (312) 845-5500, chris.dickerson@ropesgray.com, rahmon.brown@ropesgray.com, *Proposed Counsel to the Debtors*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: TGI Friday's Inc. (7117); TGI Friday's NY, LLC (2281); TGIF Holdings, LLC (7999); TGIF Midco, Inc. (7296); TGIF Parent, Inc. (1781); Burlington Towne Crossing, Inc. (7501); T G I Friday's of Greenbelt, Inc. (5617); T G I Friday's of Towson, Inc. (5450); T G I Friday's of Wisconsin, Inc. (7600); T.G.I. Friday's Marketing Advisory Council (6527); T.G.I. Friday's of Charles County, Inc. (3516); T.G.I. Friday's of Frederick County, Inc. (2547); T.G.I. Friday's of Harford County, Inc. (0072); T.G.I. Friday's of Washington County, Inc. (6174); TGI Friday's of Annapolis, Inc. (8315); TGI Friday's of Howard County, Inc. (0119); TGI Friday's of Rockville, Inc. (2004); TGI Friday's of Texas LLC (3931); TGI Friday's of the Rockies, Inc. (7885); TGIF/DFW Manager, LLC (N/A); TGIF/DFW Partner, LLC (N/A); TGIF/JDC Restaurant Development, LLC (N/A); WEBCO Products Incorporated (3014). The Debtors' service address is 19111 North Dallas Parkway, Suite 200, Dallas, TX 75287.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order (as defined below).

## BANKRUPTCIES

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: ROKSTAD HOLDINGS CORPORATION, et al.,[1] Debtors in a Foreign Proceeding. | Chapter 15<br>Case No. 24-12645 (MFW)<br>(Jointly Administered) |
|---|---|

**NOTICE OF RECOGNITION HEARING ON FOREIGN RECOGNITION PROCEEDINGS**

**PLEASE TAKE NOTICE** that on November 6, 2024, the Supreme Court of British Columbia in Bankruptcy and Insolvency (the "Canadian Court") appointed FTI Consulting Canada Inc. ("FTI") as the receiver (in such capacity, the "Receiver") of the above-captioned debtors (collectively, the "Rokstad Group" or the "Debtors") in a receivership proceeding (the "Canadian Receivership") pursuant to section 243(1) of the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c. B-3, as amended (the "BIA") and section 39 of the *Law and Equity Act*, R.S.B.C. 1996 c. 253, as amended (the "LEA"). On November 21, 2024, FTI, as authorized Foreign Representative (the "Foreign Representative") for the Debtors, filed petitions for relief (the "Petitions") under chapter 15 of the United States Bankruptcy Code. **Parties can obtain a copy of all documents filed electronically** in the Chapter 15 Cases by visiting http://cases.stretto.com/Rokstad.

**PLEASE TAKE FURTHER NOTICE THAT** contemporaneously with filing the Petitions, the Foreign Representative filed a verified petition seeking recognition of the Canadian Receivership as a foreign main proceeding [Docket No. 4] (the "Verified Petition").

**PLEASE TAKE FURTHER NOTICE** that on November 22, 2024, the Bankruptcy Court entered the *Order Granting Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code* [Docket No. 7], granting provisional, injunctive, and related relief.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing for **2:00 p.m. on December 16, 2024** to consider approval of the Verified Petition and related relief on a final basis (the "Recognition Hearing").

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Verified Petition must do so in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and such response or objection must be in writing and set forth the basis therefor, which response or objection must be filed with the Office of the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and shall be served upon the following **so as to be actually received on or before December 9, 2024**: (a) the Foreign Representative, FTI Consulting Canada Inc., 701 West Georgia Street, Suite 1450, PO Box 10089, Vancouver, BC V7Y 1B6, Attn: Tom Powell (rokstad@fticonsulting.com); (b) counsel to the Foreign Representative, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Debra Grassgreen (dgrassgreen@pszjlaw.com), Steven Golden (sgolden@pszjlaw.com), and Colin Robinson (crobinson@pszjlaw.com); (c) counsel for the Receiver, Osler, Hoskin & Harcourt LLP, Suite 3000, Bentall Four, 1055 Dunsmuir Street, Vancouver, BC V7X 1K8 Attn: Mary Buttery, KC (mbuttery@osler.com) and Emily Paplawski (epaplawski@osler.com); and (d) counsel for Stellex, (i) Blake, Cassels, & Graydon LLP, 1133 Melville Street, Suite 3500, The Stack, Vancouver, BC V6E 4E5, Attn: Peter Bychawski (peter.bychawski@blakes.com) and Kelly Bourassa (kelly.bourassa@blakes.com); and (ii) Greenberg Traurig LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Oscar Pinkas (pinkaso@gtlaw.com) and Nathan Haynes (haynesn@gtlaw.com).

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed and wishing to object to the Verified Petition must appear at the Recognition Hearing as set forth herein.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than a notice on the docket in these cases or an announcement in open court of the adjourned date or dates of any adjourned hearing.

**PLEASE TAKE FURTHER NOTICE** that all parties wishing to appear at the Recognition Hearing remotely must, in accordance with the *eCourt Appearances Effective January 2, 2024*, register using the eCourtAppearances tool found on the court's website at https://www.deb.uscourts.gov/ecourt-appearances **by no later than 4:00 p.m. (prevailing Eastern Time) one business day prior to the Recognition Hearing** for remote attendance. At the same time, you must notify the counsel listed above of your intent to appear remotely at the Recognition Hearing.

**PLEASE TAKE FURTHER NOTICE** that, if no response or objection is timely filed and served as provided above, the Bankruptcy Court may grant the relief requested by the Foreign Representative without further notice or hearing.

Dated: November 23, 2024, **PACHULSKI STANG ZIEHL & JONES LLP,** */s/ Steven W. Golden*, Debra I. Grassgreen (admitted *pro hac vice*), Steven W. Golden (DE Bar No. 6807), Colin R. Robinson (DE Bar No. 5524), Brooke E. Wilson (admitted *pro hac vice*), 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Telephone: (302) 652-4100, Email: dgrassgreen@pszjlaw.com, sgolden@pszjlaw.com, crobinson@pszjlaw.com, bwilson@pszjlaw.com, *Counsel to the Foreign Representative*

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Rokstad Holdings Corporation (7932); Rokstad Power (2018) Ltd. (8273); Golden Ears Painting & Sandblasting (2018) Ltd. (8286); Plowe Power Systems (2018) Ltd. (8882); Rokstad Power (Prairies) Ltd. (9305); Rokstad Power Transmission Services Ltd. (9301); Rokstad Power Construction Services Ltd. (9295); Rokstad Power (East), Inc. (4090); Rokstad Power Inc. (4394); and Rok Air, LLC (6825).

## NOTICE OF SALE

SHERIFF'S SALE
VALUABLE PERSONAL PROPERTY

STATE OF MARYLAND
MONTGOMERY COUNTY, TO WIT:

By virtue of a Writ of Execution issued by the Circuit Court for Montgomery County, Maryland, and to me as Sheriff of said County, directed at the suit of EagleBank vs. Tax Lien Law Group LLC, et al. in the Circuit Court for Montgomery County, Maryland, Case No. 478002V have this 23rd day of July 2024, seized and taken into execution all the right and title, claim, interest, and estate both at law and in equity, of, in, to, and about the following described property to wit:

**(i) 250 Series F Preferred Shares of Mesh Suture, Incorporated, a Puerto Rico Corporation, dated Oct. 15, 2015 (Constituting 50% of Series F Preferred Shares)**
**(ii) 25 Series A Preferred Shares of Mesh Suture, Incorporated, a Puerto Rico Corporation, dated Jan 15, 2018 (Constituting 10.5% of Series A Preferred Shares)**
**(iii) 12 Series A-2 Preferred Shares of Mesh Suture, Incorporated, a Puerto Rico Corporation, dated March 23, 2019 (Constituting 5.6% of Series A-2 Preferred Shares)**
**(iv) 70 alleged Common Shares of Mesh Suture Incorporated, a Puerto Rico Corporation, dated Oct. 20, 2019**
**(v) 74 alleged Common Shares of Mesh Suture Incorporated, a Puerto Rico Corporation, dated Dec. 2, 2019**
**(vi) 24 alleged Common Shares of Mesh Suture Incorporated, a Puerto Rico Corporation, dated Jan. 16, 2020**

Purchasers should be aware that they are purchasing Mark Schwartz's interest (or his Trust's interest) only. The described personal property will be sold together in the aggregate and subject to reservations of title, subject to liens of records, and to all claims known and unknown.

I hereby give notice that I will sell all the right, title, claim, interest both in law and in equity of the said Mark Schwartz and/or his Trust, and, of, in, to, and about the above-described property to the highest bidder for cash at the Maryland Avenue entrance of the Judicial Center, 50 Maryland Avenue, Rockville, Maryland on Monday, December 9, 2024 at 11:00 am.

TERMS OF SALE:

A deposit of **fifty thousand dollars ($50,000.00)** of the purchase price will be required at the time of the sale, balance due within 10 days after ratification by the Circuit Court for Montgomery County, Maryland. Deposit and remaining balance must be paid by cashier's check or certified check made payable to the "Sheriff of Montgomery County." Payment made by cashier's check or certified checks only. No cash, personal or business checks, or third party checks will be accepted. To be eligible to bid you must have a government issued photo ID (i.e., Driver's License) and **fifty thousand dollars ($50,000.00)** deposit in the proper form in hand.

In the event of default by said purchaser and at their risk and expenses, the Sheriff may declare the deposit forfeited and resell the property. In such event the defaulting purchaser will be liable for payment of all costs and expenses of both sales. The forfeited deposit, less expenses, will be credited towards the judgment after the final ratification. This sale will be final after ratification by the Circuit Court for Montgomery County, Maryland.

Maxwell C. Uy, Sheriff
Montgomery County, Maryland

## PUBLIC NOTICES

**At Part 3 of the Supreme Court of the State of New York, County of New York, located at 60 Centre Street, New York, New York, on the 26 day of September, 2024.**

PRESENT: Hon Joel M. Cohen, Justice

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK

In the Matter of the Application of

BARTON MARK PERLBINDER, individually; and MUFFY FLOURET, individually, and as Trustee of the MARK PERLBINDER 2023 IRREVOCABLE TRUST and as Trustee of the MUFFY FLOURET 2012 FAMILY TRUST, on behalf of 175 WEST 12TH STREET GARAGE CORP., 210 EAST 86TH STREET CORP., 245 EAST 36TH STREET GARAGE CORP., 400 CONCRETE CORP., EAST 53RD GARAGE CORP., 400 EAST 54TH STREET GARAGE CORP., PERLBINDER REALTY CORP., RIVERCOURT GARAGE CORP., 330 W. 56 STREET CORPORATION, BAR-MAR ASSOCIATES LLC, PERLBINDER HOLDINGS, LLC, S&M 52ND FEE LLC, STEPHEN & MARK 53 ASSOCIATES LLC, THE 400 EAST 54TH STREET COMPANY LLC, THREE AT 53RD COMPANY LLC, TWO AT 54TH COMPANY LLC, THE MS PARTNERSHIP and SAN-DAR ASSOCIATES,

Petitioners,

For an Omnibus Judicial Dissolution of (i) 175 West 12th Street Garage Corp., 210 East 86th Street Corp., 245 East 36th Street Garage Corp., 400 Concrete Corp., East 53rd Garage Corp., 400 East 54th Street Garage Corp., Perlbinder Realty Corp., Rivercourt Garage Corp. and 330 W. 56 Street Corporation, pursuant to Business Corporation Law §§ 1104 and 1104-a; (ii) Bar-Mar Associates LLC, Perlbinder Holdings, LLC, S&M 52nd Fee LLC, Stephen & Mark 53 Associates LLC, The 400 East 54th Street Company LLC, Three At 53rd Company LLC, Two At 54th Company LLC, pursuant to Limited Liability Company Law § 702, and (iii) The MS Partnership and San-Dar Associates, pursuant to Partnership Law §§ 62, 63 and other relief

-against-

STEPHEN PERLBINDER, individually; ASTRID SABELLAROSA, individually and as Trustee of the ARTICLE 4 TRUST UNDER ASR 2020 FAMILY TRUST and as Trustee of the STEPHEN PERLBINDER 2016 FAMILY TRUST F/B/O ASTRID SABELLAROSA and as Trustee of the JULIUS PERLBINDER FAMILY TRUST; ANDREA JO STEIN, individually and as Trustee of the ARTICLE 4 TRUST UNDER AJS 2020 FAMILY TRUST and Trustee of the STEPHEN PERLBINDER 2016 FAMILY TRUST F/B/O ANDREA STEIN; and BRIAN E. RAFTERY, as Trustee of the ARTICLE 4 TRUST UNDER ASR 2020 FAMILY TRUST and the ARTICLE 4 TRUST UNDER AJS 2020 FAMILY TRUST,

Respondents.

Index No.: 155612/2024

**AMENDED ORDER TO SHOW CAUSE**

Upon the reading and filing of the annexed Verified Petition, duly verified by petitioner, Muffy Flouret, on June 18, 2024 (the "Petition"), and the exhibits attached thereto, and the Affirmation of Christopher A. Gorman, dated June 26, 2024, and upon the Court's prior Order to Show Cause, dated June 28, 2024 (NYSCEF Doc. No. 33; the "Prior Order" or the "June 28 Order");

LET respondents show cause at an IAS Part 3 of this Court to be held in and for the County of New York, in the Courthouse located at 60 Centre Street, New York, New York, on the 18th day of December, 2024, at 10:00 a.m., or as soon thereafter as counsel can be heard, why an Order should not be made and entered granting the following relief:

a. Pursuant to Business Corporation Law ("BCL") §§ 1104 and 1104-a, granting an omnibus judicial dissolution of 175 West 12th Street Garage Corp., 210 East 86th Street Corp., 245 East 36th Street Garage Corp., 400 Concrete Corp., East 53rd Garage Corp., 400 East 54th Street Garage Corp., Perlbinder Realty Corp., Rivercourt Garage Corp., and 330 W. 56 Street Corporation (collectively, the "Corporation Respondents");

b. Pursuant to BCL §§ 1113 and 1202, appointing a receiver to wind down the affairs of the Corporation Respondents, liquidating each entity's assets until such time as the entities are dissolved; and

c. For such other and further relief as this Court deems just and proper.

Sufficient cause appearing therefor, IT IS HEREBY

**ORDERED**, that service of a copy of this Amended Order to Show Cause, and the papers upon which it is based, shall be made upon the Corporation Respondents, the individually named respondents, the New York State Tax Commission and the New York State Attorney General in the manner prescribed in BCL § 1106, and such service shall be deemed good and sufficient; and it is further

**ORDERED**, that the Court's Prior Order in the above-referenced matter is hereby amended to reflect an adjourned return date on the above Petition and that, notwithstanding the terms of the Prior Order, only this Order shall be published in the Wall Street Journal, a designated newspaper in New York County, once in each of the three weeks before the time appointed for the hearing thereon; and it is further

**ORDERED**, that any prior publishing requirement(s) and/or directive(s) contained in the Court's June 28 Order are of no further force; and it is further

**ORDERED**, that any opposition or any notice of cross-motion and supporting papers, if any, shall be served upon counsel for petitioners, Rosenberg & Estis, P.C., Attn: Christopher A. Gorman, Esq., by NYSCEF, at least seven (7) days before the return date of this application.

ENTER:

Hon. Joel M. Cohen, J.S.C.

## BIDS & PROPOSALS

**GATEWAY DEVELOPMENT COMMISSION**

**REQUEST FOR PROPOSALS
FOR EXPERT ADVISORY SERVICES**

The Gateway Development Commission ("GDC") has posted on its Bonfire procurement portal Request for Proposals ("RFP") No. GDC-24-027-OP for the provision of Expert Advisory Services in the business areas of Cost Allocation, Estimating, Finance, Human Resources, Procurement and Quality Assurance, in support of the Hudson Tunnel Project ("HTP"), the centerpiece of a multi-billion dollar set of passenger railroad projects on the Northeast Corridor (the "NEC"). The response date is December 10, 2024, subject to addenda.

Complete details can be found in the RFP document, which is available for download by following the instructions found at **https://www.gatewayprogram.org/procurements.html.**

## BUSINESS OPPORTUNITIES

MORTGAGE REIT
8%-9% RETURN
TAX EFFICIENCY
REAL ESTATE SECURED
GROWTH / INCOME
SEEKING RIA'S &
ACCREDITED INVESTORS
866-700-0600
ALLIANCE MORTGAGE FUND
120 Vantis Dr., Ste. 515 • Aliso Viejo, CA 92656
www.AlliancePortfolio.com
RE Broker • CA DRE • 02066955 Broker License ID

**Private Investor Needed**
Experienced local investor seeks a $300,000 investment for a one-year term, offering 20% APR. Monthly interest payments of $5,000, with the principal balance due at the end of the term. Investment secured by a single-family residence near Leawood.
**Contact: 913-602-0232**

**Farmland FSBO 1,034.34 acres outside of Winnsboro, Louisiana.**
**Fully irrigated and leveled, comes with a great farm lease with a yearly cash income of $227,554.80 dollars.**
For more info call owner at 870-622-7644.
**Farmland is a great diversified investment.**
**Asking $6,568,059**

**THE BROOKLYN ICE CREAM FACTORY IS FOR SALE.**
SERIOUS INQUIRIES ONLY.
**NEWYORKVIEWPOINT@GMAIL.COM 917.282.9229**

THE WALL STREET JOURNAL.
SHOW ROOM
ADVERTISE TODAY
(800) 366-3975
sales.showroom@wsj.com
For more information visit:
wsj.com/classifieds

© 2024 Dow Jones & Company, Inc.
All Rights Reserved.

## NOTICE OF SALE

**NOTICE OF PUBLIC FORECLOSURE SALE**

Names of Debtors: Peak Acquisition, Inc.
Peak Nutritional Products, LLC
Source 1 Supplements Inc.
(collectively, the "Debtors" and each individually, a "Debtor")

Notice is hereby given that on **December 12, 2024, at 10:00 a.m. (EST)**, Concentric Partners I LP, as lender (the "Lender") under the Credit Agreement dated February 23, 2023 (the "Credit Agreement") and as collateral agent for the purchasers (together with the Lender, collectively, the "Secured Party") under the Securities Purchase Agreement dated December 30, 2022 (the "Securities Purchase Agreement"), or its transferee, nominee, or assign, will offer to sell, or cause to be sold, at public sale conducted in accordance with the provisions of applicable law (the "Sale") at the offices of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., 150 Fayetteville Street, Suite 2300, Raleigh, North Carolina 27601, all of the Debtors' right, title and interest in and to the following collateral: (a) all Accounts; (b) all Chattel Paper; (c) all Documents; (d) all Equipment; (e) all Fixtures; (f) all General Intangibles; (g) all Goods; (h) all Instruments; (i) all intellectual property; (j) all Inventory; (k) all Letter of Credit Rights; (h) all other personal property not otherwise described above; (i) all books and records pertaining to the aforementioned property; and (j) to the extent not otherwise included, all Proceeds and products of any and all of the foregoing and all collateral security and Supporting Obligations given by any person with respect to any of the foregoing (collectively, the "Collateral"). Capitalized terms used and not otherwise defined in this notice shall have the meanings ascribed to such terms in the Uniform Commercial Code.

Pursuant to (a) the Pledge and Security Agreement dated February 23, 2023 (the "Senior Security Agreement") and (b) the Security Agreement dated December 30, 2022 (the "Junior Security Agreement"; and together with the Senior Security Agreement, the "Security Agreement"), each Debtor granted the Secured Party a security interest in all of its rights and interests in the Collateral. The Collateral secures the Debtors' obligations under the Credit Agreement, Securities Purchase Agreement, the Security Agreement, and certain other loan documents. The Debtors are in default of their obligations under the Credit Agreement and the Securities Purchase Agreement. As of November 25, 2024, the aggregate outstanding principal amount of the obligations under the Credit Agreement and the Securities Purchase Agreement is $10,235,000, excluding applicable interest, fees, expenses, costs, and charges.

The Secured Party reserves the right to add to, withdraw or otherwise modify or amend in any respect whatsoever all or any portion of the Collateral as being subject to the Sale, for any reason whatsoever. The Secured Party reserves the right to sell the Collateral in a single lot or in multiple lots, by way of one or more contracts, and on such terms and conditions as are agreed upon between the Secured Party and any purchaser of the Collateral.

The Collateral will be sold to the qualified bidder submitting the highest or otherwise best bid at the Sale as determined by the Secured Party. Please be advised that Secured Party, or its transferee, nominee, or assign, reserve their rights to credit bid at the Sale of the Collateral.

Except to the extent that such right is waived, the Debtors, any secondary obligor, or any other secured party or lienholder has the right to redeem the Collateral at any time before the Secured Party has disposed of the Collateral or entered into a contract for its disposition by tendering payment of all indebtedness secured by the Collateral as well as any expenses reasonably incurred by the Secured Party in retaking, holding and preparing the Collateral for disposition, in arranging for the Sale, and, to the extent provided in the Security Agreement and not prohibited by law, the Secured Party's reasonable attorney's fees and legal expenses. If proceeds of the Sale are less than the amount owed to Secured Party by the Debtors, the Secured Party will seek to recover such amount from the Debtors and/or any secondary obligors in accordance with applicable law. The Debtors are entitled to an accounting of the unpaid obligations, together with the charge, if any, for the accounting.

The Collateral will be offered and sold "as is, where is", at the Sale pursuant to appropriate provisions of applicable law without recourse, representations, warranties, indemnities or guaranties, whether express or implied.

To be a qualified bidder, a prospective bidder must on or before **5:00 p.m. (EST) on December 11, 2024,** provide Secured Party with a cash deposit, which may be paid via wire, in the form of a certified or cashier's check or other form acceptable to Secured Party, in the amount of $100,000 to serve as a nonrefundable (as to the successful bidder) earnest money deposit. In addition to the foregoing requirements, the Secured Party reserves the right to require that prospective bidders demonstrate their ability to perform and close to the satisfaction of the Secured Party to be a qualified bidder at the Sale. The Secured Party also reserves the right to waive any such requirements or any part thereof. All deposits of qualified bidders, other than the successful bidder, will be refunded after the auction. The Secured Party shall be deemed a qualified bidder and shall not be required to post a deposit.

Except as otherwise consented to by the Secured Party, all bids at the Sale must be in cash and contain no contingencies unsatisfactory to the Secured Party and all qualified bidders must be prepared to close no later than December 12, 2024. The Secured Party reserves the right to adjourn, continue or cancel the Sale without notice other than by announcement at the time and place of the Sale. In the event of a failure to consummate the Sale with the successful bidder, the Collateral may be sold at a reconvened sale without further notice or publication.

Any parties interested in bidding may obtain further information about the sale by contacting counsel for the Secured Party at the following phone number or email: Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., Attn: Brett M. Neve, (919) 821-6608, bneve@smithlaw.com.

THE WALL STREET JOURNAL.
THE MARKETPLACE

ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds

© 2024 Dow Jones & Company, Inc.
All Rights Reserved.

DOW JONES