**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re<br><br>ROKSTAD HOLDINGS CORPORATION, ET AL.<br><br>Debtors. | ) | Case No. 24-12645-MFW<br><br>Chapter 15<br><br>**REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that the undersigned respectfully requests that copies of all notices and other papers filed in the above referenced bankruptcy proceeding (including, without limitation, all proposed disclosure statements and plans of reorganization) be given to and served upon the undersigned pursuant to Bankruptcy Code section 1109 and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure:

Dennis J. Wickham
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101
Telephone: (619) 685-3003
Fax: (619) 702-6812

PLEASE TAKE FURTHER NOTICE that the foregoing requests also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, email, hand deliver, telephone, telegraph, fax, or otherwise filed regarding the case or contested matters or proceedings therein.

Date: December 3, 2024

SELTZER CAPLAN McMAHON VITEK
By: *Dennis J.. Wickham*
Attorneys for Lessor, CAM Investments 353 LLC