## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| ROKSTAD HOLDINGS CORPORATION, et al.,[1] | Case No. 24-12645 (MFW) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 2, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Recognition Hearing on Foreign Recognition Proceedings** (Docket No. 30)

Dated: December 10, 2024                    _____
                                                                Pauline Aragon

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 10th day of December, 2024 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Rokstad Holdings Corporation (7932); Rokstad Power (2018) Ltd. (8273); Golden Ears Painting & Sandblasting (2018) Ltd. (8286); Plowe Power Systems (2018) Ltd. (8882); Rokstad Power (Prairies) Ltd. (9305); Rokstad Power Transmission Services Ltd. (9301); Rokstad Power Construction Services Ltd. (9295); Rokstad Power (East), Inc. (4090); Rokstad Power Inc. (4394); and Rok Air, LLC (6825).

# **<u>Exhibit A</u>**

# STRETTO

## Exhibit A
### Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| AFCO Insurance Premium Finance | 150 N Field Dr | Ste 180 | Lake Forest | IL | 60045-2583 |
| Cara Blaak | Address Redacted | | | | |
| Erickson | 3100 Willow Springs Rd | | Central Point | OR | 97502-9362 |
| The C Three Group, LLC | 1877 Broadway | Ste 600 | Boulder | CO | 80302-5244 |

In re: Rokstad Holdings Corporation, et al.
Case No. 24-12645 (MFW)

Page 1 of 1