IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| ROKSTAD HOLDINGS CORPORATION, et al.,[1] | Case No. 24-12645 (MFW) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING PETITION FOR (I) RECOGNITION AS FOREIGN MAIN PROCEEDINGS, (II) RECOGNITION OF FOREIGN REPRESENTATIVE, AND (III) RELATED RELIEF UNDER CHAPTER 15 OF THE BANKRUPTCY CODE**

The undersigned hereby certifies that:

1. On November 21, 2024, counsel for Foreign Representative of the above-captioned Debtors filed a *Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [Docket No. 4] (the "Verified Petition").

2. On November 22, 2024, the Court entered an Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice [Docket No. 29] (the "Scheduling Order").

3. Pursuant to Scheduling Order, objections to entry of an order granting the Verified Petition were due no later than December 9, 2024 at 4:00 p.m. Eastern Time (the "Objection Deadline").

4. On December 9, 2024, Merchants Fleet ("Merchants") filed a *Response of Merchants Fleet to Verified Petition for (I) Recognition of Foreign Main Proceeding, (II)*

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Rokstad Holdings Corporation (7932); Rokstad Power (2018) Ltd. (8273); Golden Ears Painting & Sandblasting (2018) Ltd. (8286); Plowe Power Systems (2018) Ltd. (8882); Rokstad Power (Prairies) Ltd. (9305); Rokstad Power Transmission Services Ltd. (9301); Rokstad Power Construction Services Ltd. (9295); Rokstad Power (East), Inc. (4090); Rokstad Power Inc. (4394); and Rok Air, LLC (6825).

*Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [Docket No. 34] (the "Response").

5.   Counsel for the Foreign Representative has consulted with the Office of the United States Trustee (the "UST") and counsel to Merchants.

6.   Attached hereto as **Exhibit A** is a revised proposed form of order granting the Verified Petition (the "Proposed Order"), which incorporates the comments of the UST and Merchants. The UST and Merchants consent to entry of the Proposed Order.

7.   No other party filed an answer, objection, or other responsive pleading to the Verified Petition on the Court's docket.

8.   Attached hereto as **Exhibit B** is a redline of the Order against the form of order filed with the Verified Petition.

9.   Accordingly, the Foreign Representative requests that the Proposed Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: December 11, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Steven w. Golden* |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Brooke E. Wilson (admitted *pro hac vice*) |
| | 919 N. Market Street, 17th Floor |
| | Wilmington, DE 19801 |
| | Telephone: (302) 652-4100 |
| | Email:  dgrassgreen@pszjlaw.com |
| |            sgolden@pszjlaw.com |
| |            crobinson@pszjlaw.com |
| |            bwilson@pszjlaw.com |
| | |
| | *Counsel to the Foreign Representative* |