**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| ROKSTAD HOLDINGS CORPORATION, et al.,[1] | Case No. 24-12645 (MFW) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR DECEMBER 16, 2024 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

> **ALL MATTERS HAVE BEEN RESOLVED. THE HEARING HAS BEEN CANCELLED WITH THE COURT'S PERMISSION**

## RESOLVED MATTER

1.  Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Filed:11/21/24] (Docket No. 4).

    Response Deadline:  December 9, 2024 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Documents:

    (a) Certification of Counsel Regarding Order Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Filed December 11, 2024] (Docket No. 36).

    (b) [Signed] Order Granting Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Filed, December 12, 2024] (Docket No. 37).

    Status:  This matter has been resolved.

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Rokstad Holdings Corporation (7932); Rokstad Power (2018) Ltd. (8273); Golden Ears Painting & Sandblasting (2018) Ltd. (8286); Plowe Power Systems (2018) Ltd. (8882); Rokstad Power (Prairies) Ltd. (9305); Rokstad Power Transmission Services Ltd. (9301); Rokstad Power Construction Services Ltd. (9295); Rokstad Power (East), Inc. (4090); Rokstad Power Inc. (4394); and Rok Air, LLC (6825).

| | |
|---|---|
| Dated:  December 12, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Colin R. Robinson*<br>Debra I. Grassgreen (admitted *pro hac vice*)<br>Steven W. Golden (DE Bar No. 6807)<br>Colin R. Robinson (DE Bar No. 5524)<br>Brooke E. Wilson (admitted *pro hac vice*)<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19899-8705<br>Tel:  302-652-4100<br>Fax: 302-652-4400<br>dgrassgreen@pszjlaw.com<br>sgolden@pszjlaw.com<br>crobinson@pszjlaw.com<br>bwilson@pszjlaw.com<br><br>*Attorneys for Foreign Representative* |