IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| ROKSTAD HOLDINGS CORPORATION, et al.,[1] | Case No. 24-12645 (MFW) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |
| | **Ref. Docket No. 43** |

**ORDER GRANTING MOTION TO SHORTEN NOTICE WITH RESPECT TO MOTION FOR ORDER (I) RECOGNIZING AND ENFORCING THE OMNIBUS APPROVAL ORDER; (II) APPROVING THE SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019; AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] filed by Foreign Representative of the above captioned debtors (the "Debtors") for entry of an order pursuant to Del. Bankr. L.R. 9006-1(e) shortening the notice period with respect to the *Motion for Order (I) Recognizing and Enforcing the Omnibus Approval Order; (II) Approving the Settlement Pursuant to Bankruptcy Rule 9019; and (III) Granting Related Relief* (the "Settlement Motion"); and the Court having considered the Motion to Shorten; and the Court finding that (a) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334, (b) the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as provided herein.

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Rokstad Holdings Corporation (7932); Rokstad Power (2018) Ltd. (8273); Golden Ears Painting & Sandblasting (2018) Ltd. (8286); Plowe Power Systems (2018) Ltd. (8882); Rokstad Power (Prairies) Ltd. (9305); Rokstad Power Transmission Services Ltd. (9301); Rokstad Power Construction Services Ltd. (9295); Rokstad Power (East), Inc. (4090); Rokstad Power Inc. (4394); and Rok Air, LLC (6825).

[2] A capitalized term used but not defined herein shall have the meaning ascribed in the Motion to Shorten or Settlement Motion, as applicable.

4922-1579-4949.1 29776.00001

2. A hearing to consider the Settlement Motion shall be held on January 2, 2025 at 2:00 p.m. prevailing Eastern Time (the "Hearing").

3. Objections or responses to the Settlement Motion, if any, shall be filed on or before December 27, 2024 at 4:00 p.m. prevailing Eastern Time.

4. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

Dated: December 16th, 2024
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

4922-1579-4949.1 29776.00001                        2