**Exhibit 3**

**Backup AVO**



SUPREME COURT
OF BRITISH COLUMBIA
VANCOUVER REGISTRY

JAN 3 1 2025
ENTERED

No. B-240477
VANCOUVER REGISTRY

## IN THE SUPREME COURT OF BRITISH COLUMBIA

Between:

STELLEX POWER LINE OPCO LLC AND 1501841 B.C. LTD.

PETITIONERS

And:

ROKSTAD HOLDINGS CORPORATION, ROKSTAD POWER (2018) LTD., ROKSTAD
POWER CONSTRUCTION SERVICES LTD., ROKSTAD POWER TRANSMISSION
SERVICES LTD., ROKSTAD POWER (PRAIRIES) LTD., GOLDEN EARS PAINTING &
SANDBLASTING (2018) LTD., PLOWE POWER SYSTEMS (2018) LTD., ROKSTAD
POWER (EAST), INC., ROKSTAD POWER INC. AND ROK AIR, LLC

RESPONDENTS

## ORDER MADE AFTER APPLICATION
## (STELLEX BACKUP TRANSACTION APPROVAL AND VESTING ORDER)

BEFORE THE HONOURABLE          )
JUSTICE LOO                    )          January 31, 2025
                               )

THE APPLICATION of FTI Consulting Canada Inc. as Receiver and Manager (the "**Receiver**") of Rokstad Holdings Corporation, Rokstad Power (2018) Ltd., Rokstad Power Construction Services Ltd., Rokstad Power Transmission Services Ltd., Rokstad Power (Prairies) Ltd., Golden Ears Painting and Sandblasting (2018) Ltd., Plowe Power Systems (2018) Ltd., Rokstad Power (East), Inc., Rokstad Power Inc., and Rok Air, LLC  (together, the "**Debtors**") coming on for hearing at Vancouver, British Columbia, on the 31st day of January, 2025; AND ON HEARING from Mary Buttery, K.C. counsel for the Receiver and those other counsel listed on **Schedule "A"** hereto; AND UPON READING the material filed, including the Receiver's Fourth Report to the Court, dated January 21, 2025 (the "**Fourth Report**"); AND PURSUANT TO the *Bankruptcy and Insolvency Act*, RSC 1985, c B-3 (the "**BIA**"); **THIS COURT ORDERS, DECLARES, AND DIRECTS THAT**:

**SERVICE**

1.      The time for service of this Notice of Application and supporting materials is hereby abridged such that the Notice of Application is properly returnable today and service thereof upon any interested party other than those parties on the Service List established in this proceeding is hereby dispensed with.

**DEFINED TERMS**

2.      Unless otherwise indicated herein, capitalized words and terms have the meaning given to them in the Fourth Report or the Asset Purchase Agreement dated as of December 5, 2024 (including all exhibits, schedules and ancillary agreements thereto, as they may be amended from time to time, the "**Sale Agreement**"), by and between the Receiver, as seller, and 1501841 B.C. Ltd. and STELLEX Power Line OPCO LLC, as buyers (collectively, the "**Purchasers**" and each a "**Purchaser**").

**APPROVAL OF BACKUP TRANSACTION**

3.      The sale transaction (the "**Transaction**") contemplated by the Sale Agreement, a copy of which is attached as Appendix "D" to the Second Report of the Receiver, dated December 6, 2024, is hereby approved as a backup transaction to the transactions contemplated by the Order (Stellex Transaction Approval and Vesting) (the "**Stellex AVO**") and Order (Graham Transaction Approval and Vesting) (the "**Graham AVO**") granted by this Court on January 31, 2025, and the Sale Agreement is commercially reasonable. The Receiver is hereby authorized and directed to take such additional steps and execute such additional documents as may be necessary or desirable for the completion of the Transaction and for the conveyance to the Purchasers, or their Affiliates if applicable, of the assets described in the Sale Agreement (the "**Purchased Assets**") in the event that the transaction contemplated by the Graham AVO is not consummated.

4.      Upon delivery by the Receiver to the Purchasers of a certificate substantially in the form attached as **Schedule "B"** hereto (the "**Receiver's Certificate**"), all of the Debtors' right, title and interest in and to the Purchased Assets either described in the Sale Agreement or listed on **Schedule "C"** hereto shall vest absolutely in the applicable Purchaser or its Affiliate in fee simple, free and clear of and from any and all Encumbrances (as defined in

the Sale Agreement), including but not limited to security interests (whether contractual, statutory, or otherwise), hypothecs, mortgages, trusts or deemed trusts (whether contractual, statutory, or otherwise), liens, executions, levies, charges, or other financial or monetary claims, whether or not they have attached or been perfected, registered or filed and whether secured, unsecured or otherwise (collectively, the "**Claims**") such as (i) any encumbrances or charges created or amended by Orders of this Court, including but not limited to those Orders dated October 10, 2024, November 6, 2024, December 4, 2024, December 13, 2024, and December 20, 2024, *and January 31, 2025* (ii) all charges, security interests or claims evidenced by registrations pursuant to the *Personal Property Security Act* of British Columbia or any other personal property registry system in any other jurisdiction including but not limited to any registrations pursuant to the *Uniform Commercial Code*; and (iii) any successor liability, continuation of enterprise, de facto merger, common identity, alter ego, vicarious liability, or similar Claims (all of which are collectively referred to as the "Encumbrances" as that term is defined in the Sale Agreement, which term shall not include the "**Permitted Encumbrances**", easements and restrictive covenants permitted under the Sale Agreement, as listed on **Schedule "D"** hereto), and, for greater certainty, this Court orders that all of the Encumbrances affecting or relating to the Purchased Assets are hereby expunged and discharged as against the Purchased Assets. The Purchasers and their Affiliates shall not assume or be liable for any of the Excluded Liabilities.

**ASSIGNMENT APPROVAL**

5.   Upon delivery of the Receiver's Certificate, all the rights and obligations of the Receiver and the Debtors under the agreements set out in **Schedule "E"** hereto (other than Collective Bargaining Agreements) at Closing shall constitute Purchased Assets on Closing (collectively, the "**Assigned Contracts**") and shall be assigned to the applicable Purchaser, and if applicable its Affiliate, pursuant to section 2.01(b)(iv) of the Sale Agreement.

6.   With respect to the Assigned Contracts that are real property leases (collectively, the "**Real Property Leases**"), upon delivery of the Receiver's Certificate, the applicable Purchaser or its Affiliate shall be entitled to all of the rights and benefits and subject to all of the obligations as tenant pursuant to the terms of the Real Property Leases for the period commencing from and after the Closing and delivery of such Receiver's Certificate and may enter into and upon and hold and have quiet enjoyment of such premises contemplated by the Real Property Leases and, if applicable, any renewals thereof, for its

own use and benefit, all in accordance with the terms of the Real Property Leases, without any interruption from the Receiver or the Debtors, the landlords under the Real Property Leases, or any person whomsoever claiming through or under any of the Receiver, the Debtors, or the landlords under the Real Property Leases.

7.  The assignment to the applicable Purchaser of the rights and obligations of the Debtors under the Assigned Contracts, or such Affiliate as the Purchasers may designate (provided however, that such designated related party agrees to be bound by the terms of such Assigned Contract and the applicable Purchaser is not released from any obligation or liability thereunder), pursuant to this Order is valid and binding upon all of the counterparties to the Assigned Contracts notwithstanding any restriction or prohibition contained in any such Assigned Contracts relating to the assignment thereof, including any provision requiring the consent of any party to the assignment or any change of control.

8.  The Debtors' right, title and interest in the Assigned Contracts shall vest absolutely in the applicable Purchaser or its Affiliate free and clear of all Encumbrances other than the Permitted Encumbrances in accordance with the provisions of this Order.

9.  Each counterparty to the Assigned Contracts is prohibited from exercising any right or remedy under the Assigned Contracts by reason of any defaults thereunder arising from the assignment of the Assigned Contracts or a change of control, the insolvency of the Debtors, the commencement of these proceedings, or any failure of the Debtors to perform a non-monetary obligation under the Assigned Contracts.

10. The "**Cure Costs**" of the Assigned Contracts listed in **Schedule "E"** hereto shall be in amounts set out in Schedule "E" hereto and that upon Closing the applicable Purchaser or its Affiliate shall pay the Cure Costs as set out therein with respect to each applicable Assigned Contract as of the Closing, in full and final satisfaction of any Cure Costs owing to the counterparty to the applicable Assigned Contract, by no later than the day that is ten (10) business days from the date that the applicable Purchaser or its Affiliate receives wire remittance instructions or other payment instructions from such counterparty.

11.     The assignment of each Assigned Contract is conditional upon the payment of the applicable Cure Costs to such counterparty in accordance with **Schedule "E"** (or agreement of the applicable Purchaser and the counterparty to such Assigned Contract).

12.     The Receiver shall send a copy of this Order to all of the counterparties to the Assigned Contracts and, furthermore, provide notice to any such counterparty that is listed in Schedule "E" as of the date of this Order and is subsequently added as an Excluded Contract under the Sale Agreement and thereby removed from Schedule "E" around the time of the Closing of the Sale Transaction without further order of this Court, in each case in accordance with paragraph 31 of the Receivership Order.

13.     Notwithstanding the foregoing paragraphs 5 – 12 of this Order, a counterparty to any of the Assigned Contracts that had been listed on Schedule "E" to the Graham AVO shall have 5 business days from the date that it is served with this Order to advise the Receiver and Purchaser of its objection, if any, to the assignment of the Debtors' and Receiver's rights and obligations under its Assigned Contract to the Purchasers on the terms of this Order, including that the terms of this Order should not apply to such Assigned Contract, and, if such objection is delivered to the Receiver, the Receiver, the Purchasers, or the objecting party may apply to this Court for advice and directions. For greater certainty, if a counterparty to an Assigned Contract does not deliver a written objection to the assignment of its Assigned Contract to the Receiver and the Purchasers within 5 business days of being served with this Order, then paragraphs 5 – 12 of this Order shall apply to such counterparty and its Assigned Contract and the affected counterparty shall be forever barred from disputing such assignment or this Order.

**NET SALE PROCEEDS**

14.     For the purposes of determining the nature and priority of Claims, the net proceeds from the sale of the Purchased Assets (the "**Net Proceeds**"), if any, shall stand in the place and stead of the Purchased Assets, and from and after the delivery of the Receiver's Certificate all Claims shall attach to the net proceeds from the sale of the Purchased Assets with the same priority as they had with respect to the Purchased Assets immediately prior to the

sale, as if the Purchased Assets had not been sold and remained in the possession or control of the person having had possession or control immediately prior to the sale.

15.   In the event any Net Proceeds remain after payment by the Receiver of all amounts payable under the Sale Agreement, the Receiver is authorized to make "**Distributions**" from such remaining Net Proceeds to the Petitioners in partial satisfaction of the Secured Obligations.

16.   The Receiver is hereby authorized and directed to take all reasonably necessary steps and actions to make the Distributions in accordance with the provisions of this Order and shall not incur any liability because of making the Distributions.

## PERSONAL INFORMATION

17.   Pursuant to Section 7(3)(c) of the Canada *Personal Information Protection and Electronic Documents Act,* Section 18(10)(o) of the British Columbia *Personal Information Protection Act*, or similar legislation in any other jurisdiction, the Receiver is hereby authorized and permitted to disclose and transfer to the Purchasers, or their Affiliates if applicable, all human resources and payroll information in the Debtor's records pertaining to the Debtor's past and current employees.   The Purchasers, or their Affiliates if applicable, shall maintain and protect the privacy of such information and shall be entitled to use the personal information provided to them in a manner which is in all material respects identical to the prior use of such information by the Debtors.

## TRANSACTIONS NOT REVIEWABLE

18.   Notwithstanding:

(a) these proceedings;

(b) any applications for a bankruptcy order in respect of the Debtors now or hereafter made pursuant to the BIA and any bankruptcy order issued pursuant to any such applications; and

(c) any assignment in bankruptcy made by or in respect of the Debtors,

the (i) vesting of the Purchased Assets in the Purchasers or to their Affiliates if applicable, (ii) the assignment of the Assigned Contracts to the Purchasers or to their Affiliates if applicable, and (iii) the making of the Distributions pursuant to this Order shall be binding on any trustee in bankruptcy that may be appointed in respect of the Debtors and shall not be void or voidable by creditors of the Debtors, nor shall it constitute or be deemed to be a transfer at undervalue, fraudulent preference, assignment, fraudulent conveyance or other reviewable transaction under the BIA or any other applicable federal or provincial legislation in any other jurisdiction including but not limited to the *Uniform Fraudulent Transfer Act*, the *Uniform Voidable Transactions Act*, or *the Uniform Fraudulent Conveyance Act*, nor shall it constitute oppressive or unfairly prejudicial conduct pursuant to any applicable federal or provincial legislation.

19.    For greater certainty, the consideration provided by the Purchasers for the Purchased Assets shall be deemed for all purposes to constitute reasonably equivalent value and fair consideration, and the Transaction may not be avoided or unwound, or costs or damages imposed or awarded under the BIA or any other applicable state, federal or provincial legislation in any other jurisdiction including but not limited to the *Uniform Fraudulent Transfer Act*, the *Uniform Voidable Transactions Act*, the *Uniform Fraudulent Conveyance Act*, or any other similar laws.

**AID AND RECOGNITION**

20.    THIS COURT HEREBY REQUESTS the aid and recognition of any court, tribunal, assignee for the benefit of creditors, regulatory or administrative body, wherever located, including but not limited to the United States Bankruptcy Court for the District of Delaware, to give effect to this Order and to assist the Receiver and its agents in carrying out the terms of this Order. All courts, tribunals, assignees for the benefit of creditors, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Receiver, as an officer of this Court, as may be necessary or desirable to give effect to this Order or to assist the Receiver and its agents in carrying out the terms of this Order.

**GENERAL**

21.    Subject to the terms of the Sale Agreement, vacant possession of the Purchased Assets, including any real property, shall be delivered by the Receiver to the Purchaser at 12:00

noon on the Closing Date (as defined in the Sale Agreement), subject to the Permitted Encumbrances as set out in the Sale Agreement and listed on Schedule "D".

22. The Receiver, with the consent of the Purchasers, shall be at liberty to extend the Closing Date to such later date as those parties may agree pursuant to the Sale Agreement without the necessity of a further Order of this Court.

23. The Receiver is hereby authorized to take such additional steps as may be necessary or desirable to give effect to this Order including but not limited to the assigning of the Debtors into bankruptcy and acting as trustee of the Debtors.

24. The Receiver is to file with the Court a copy of the Receiver's Certificate forthwith after delivery thereof.

25. The Receiver, the Purchasers, and any other interested party have liberty to apply for such further or other directions or relief as may be necessary or desirable to give effect to this Order.

26. Endorsement of this Order by counsel appearing on this application, other than counsel for the Petitioners, is hereby dispensed with.

THE FOLLOWING PARTIES APPROVE THE FORM OF THIS ORDER AND CONSENT TO EACH OF THE ORDERS, IF ANY, THAT ARE INDICATED ABOVE AS BEING BY CONSENT:

Signature of Lawyers for the Receiver
Mary Buttery, KC / Emily Paplawski

Christian Gorton For:

BY THE COURT

REGISTRAR IN BANKRUPTCY



- 9 -

## Schedule A

| NAME | APPEARING FOR |
|---|---|
| Mary Buttery, K.C.<br>Emily Paplawski<br>Christian Garton | FTI Consulting Canada Inc. |
| Kelly Bourassa<br>Peter Bychawski | Stellex Power Line Opco LLC |
| Dawid Cieloszczyk | Local Union 258 of the IBEW |
| Bryan Gibbons | BC Hydro and Power Authority |
| ~~Andrew Harmes (remotely)~~<br>Andrew Harmes (remotely) | ~~Merchants Fleet Services~~<br>Merchants Fleet Services |
| Ryan Algar (remotely) | Graham Construction & Engineering Inc. |
| Vicki Tracule | Altec Capital Services ULC<br>Global Rental Canada ULC<br>Global Rental Co Inc. |
| Karen Fellowes (remotely) | CapTech Financial Inc. |

- 10 -

## Schedule B – Receiver's Certificate

No. B-240477
VANCOUVER REGISTRY

### IN THE SUPREME COURT OF BRITISH COLUMBIA

Between:

STELLEX POWER LINE OPCO LLC AND 1501841 B.C. LTD.

PETITIONERS

And:

ROKSTAD HOLDINGS CORPORATION, ROKSTAD POWER (2018) LTD., ROKSTAD POWER CONSTRUCTION SERVICES LTD., ROKSTAD POWER TRANSMISSION SERVICES LTD., ROKSTAD POWER (PRAIRIES) LTD., GOLDEN EARS PAINTING & SANDBLASTING (2018) LTD., PLOWE POWER SYSTEMS (2018) LTD., ROKSTAD POWER (EAST), INC., ROKSTAD POWER INC. AND ROK AIR, LLC

RESPONDENTS

### Receiver's Certificate

### RECITALS

A. Pursuant to an Order of the Supreme Court of British Columbia (the "**Court**") dated November 6, 2024 (the "**Receivership Order**"), FTI Consulting Canada Inc. was appointed as Receiver (the "**Receiver**") of all of the assets, undertakings and properties of Rokstad Holdings Corporation, Rokstad Power (2018) Ltd., Golden Ears Painting and Sandblasting (2018) Ltd., Plowe Power Systems (2018) Ltd., Rokstad Power Construction Services Ltd., Rokstad Power Transmission Services Ltd., Rokstad Power (Prairies) Ltd., Rokstad Power Inc., Rokstad Power (East), Inc., and Rok Air, LLC (collectively, the "**Debtors**").

B. Pursuant to an Order (Stellex Transaction Approval and Vesting) of the Court dated January 31, 2025, the Court approved the Purchase and Sale Agreement dated January 20, 2025 (including all exhibits, schedules and ancillary agreements thereto, as they may be amended from time to time, the "**Stellex Sale Agreement**"), by and between the Receiver, as seller, and 1501841 B.C. Ltd. and STELLEX Power Line OPCO LLC, as buyers (collectively, the "**Stellex Purchasers**", providing for the vesting in the Stellex Purchasers or their affiliates of all of the rights, title and interest in and to the purchased assets under the Stellex Sale Agreement on the terms and conditions set out in the Stellex Sale Agreement.

C. Pursuant to an Order (Graham Transaction Approval and Vesting) of the Court dated January 31, 2025, the Court approved the Purchase and Sale Agreement dated January 20, 2025 (including all exhibits, schedules and ancillary agreements thereto, as they may be amended from time to time, the "**Graham Sale Agreement**"), by and between the Receiver, as seller, and GRAHAM MAINTENANCE SERVICES LP and 42 WEST CONSTRUCTORS LTD., as buyers (collectively, the "**Graham Purchasers**", providing for the vesting in the Graham Purchasers or their affiliates of all of the rights, title and interest in and to the purchased assets under the Graham Sale Agreement on the terms and conditions set out in the Graham Sale Agreement.

D. Pursuant to an Order (Stellex Backup Transaction Approval and Vesting) of the Court dated January 31, 2025, the Court approved the Purchase and Sale Agreement dated December 5, 2024 (including all exhibits, schedules and ancillary agreements thereto, as they may be amended from time to time, the "**Backup Stellex Sale Agreement**"), by and between the Receiver, as seller, and the Stellex Purchasers, as a backup to the Stellex Sale Agreement and the Graham Sale Agreement, providing for the vesting in the Stellex Purchasers or their affiliates of all of the rights, title and interest in and to the purchased assets under the Backup Stellex Sale Agreement on the terms and conditions set out in the Stellex Sale Agreement in the event that the transaction contemplated by the Graham Sale Agreement does not close.

**THE RECEIVER CERTIFIES** the following:

1. The Graham Sale Agreement has been terminated in accordance with Article 8 of the Graham Sale Agreement.

2. The Stellex Sale Agreement has been terminated in accordance with Article 8 of the Stellex Sale Agreement.

3. The Stellex Purchasers have paid, and the Receiver has received, the Purchase Price as defined in the Backup Stellex Sale Agreement;

4. The conditions to Closing, as defined in the Backup Stellex Agreement, have been satisfied or waived by the Receiver and the Stellex Purchasers, as applicable; and

5. The Transaction, as defined in the Backup Stellex Agreement, has been completed to the satisfaction of the Receiver.

This Certificate was delivered by the Receiver at Vancouver, BC this _____ day of February, 2025.

FTI Consulting Canada Inc.,
in its capacity as Receiver

Per:        _____

## Schedule C – Purchased Assets

All sections, capitalized terms, and references to "this Agreement" or "the Agreement" shall be made in reference to the Sale Agreement.

**Purchased Intellectual Property Assets**

Subject to the terms and conditions set forth in the Agreement:

a) all Intellectual Property Assets, including for the avoidance of doubt any registered and/or unregistered trademarks in the name "Rokstad" or "Rok" as used in the Business, including all goodwill associated therewith;

b) all rights under warranties, indemnities and all similar rights against third parties to the extent related to any Purchased Intellectual Property Assets;

c) all rights to collect royalties and proceeds in connection with and Purchased Intellectual Property Assets;

d) all rights to defend, initiate and pursue proceedings for past, present or future infringement or dilution of any Purchased Intellectual Property Assets, and all rights to recover damages or lost profits in connection therewith; and

e) all claims and causes of action (whether direct or derivative) with respect to any Purchased Intellectual Property Assets, including all rights under, and proceeds from, any insurance coverage existing in connection therewith.

**Purchased Assets**

Subject to the terms and conditions set forth in the Agreement:

a) all cash, cash equivalents, accounts receivable or notes receivable of the Companies or otherwise in respect of the Business, other than USD$250,000 in cash, less any retainers held by the Receiver or professionals employed by the Receiver at Closing, in order to wind down the receivership estate of the Companies, including the Chapter 15 Proceedings, plus USD$201,300 to pay amounts payable under the KERP, which shall be held in trust by Seller to pay KERP obligations only;

b) all bank accounts of the Companies or otherwise in respect of the Business;

c) all inventory, finished goods, raw materials, work in progress, packaging, supplies, parts and other inventories of the Companies or otherwise in respect of the Business ("**Inventory**");

d) all Contracts, Leases and Intellectual Property Agreements listed on Schedule B to this Agreement at Closing (collectively, the "**Assigned Contracts**");

e) provided, however, that, for the avoidance of doubt, it is acknowledged and agreed that the exclusion of any Contract, Lease or Intellectual Property Agreement from Schedule B shall not in and of itself preclude such item from being treated as a Purchased Asset to the extent such item would otherwise be treated as a Purchased Asset hereunder;

f) provided, further, that Buyers may at any time prior to Closing, with notice to the affected counterparties (with Seller's cooperation as reasonably required), modify the definition of "Assigned Contracts" by adding or removing Contracts, Leases and Intellectual Property Agreements in their sole discretion from Schedule B;

g) all furniture, fixtures, equipment, supplies and other tangible personal property, including all information technology assets, of the Companies or otherwise in respect of the Business (the **"Tangible Personal Property"**);

h) all Leased Real Property;

i) all Permits, including Environmental Permits, to the extent such Permits may be transferred under applicable Law;

j) all prepaid expenses, credits, advance payments, security deposits, charges, sums and fees (excluding any retainers held by the Receiver or professionals employed by the Receiver);

k) originals or copies of all books and records, including books of account, ledgers and general, financial and accounting records, machinery and equipment maintenance files, customer lists, customer purchasing histories, price lists, distribution lists, supplier lists, production data, quality control records and procedures, customer complaints and inquiry files, research and development files, records and data (including all correspondence with any Governmental Authority), sales material and records, strategic plans, internal financial statements and marketing and promotional surveys, material and research, that relate to the Companies, the Business or any Purchased Assets and that may be transferred under applicable Law, other than books and records set forth in Section 2.02(b) (**"Books and Records"**);

l) copies of all personnel and employment files or records of each Transferred Employee, to the extent such files or records may be transferred under applicable Law;

m) all goodwill associated with any Purchased Assets;

n) all rights under warranties, indemnities and all similar rights against third parties to the extent related to any Purchased Assets;

o) all rights to defend, initiate and pursue proceedings in connection with the ownership or operation of any Purchased Assets or Assumed Liabilities, and all rights with respect thereto, including to recover damages or lost profits in connection therewith;

p) all rights and defenses in respect of any causes of action, litigation or claims of any kind or nature whatsoever (including but not limited to warranty claims and avoidance and clawback claims and causes of action), whether direct, derivative or otherwise, arising by way of counterclaim, cross-claim or otherwise, asserted or unasserted, known or unknown, contingent or noncontingent, disputed or undisputed, or liquidated or unliquidated, that are owned or that may be asserted by, on behalf of or through Seller or the Companies as of the Closing Date;

q) the benefit of any refundable Taxes paid to or on behalf of a Company, net of any amounts withheld by any Governmental Authority, and any claim or right to any refund, rebate or credit of Taxes by or on behalf of a Company;

r)  all rights under, and proceeds from, any insurance coverage purchased by or on behalf of any of the Companies, including but not limited to rights to and proceeds from coverage of fiduciaries, directors or officers;

s)  all Canadian Benefit Plans (and if Buyers issue an Assumption Notice, all U.S. Benefit Plans) and all assets under and related thereto, which may be assumed by or delivered to Buyers, an Affiliate thereof or the Employee Company, as determined by Buyers on or before Closing;

t)  all rights and defenses under the Union Agreement;

u)  all other assets, properties or rights of every kind or nature of Seller or the Companies or any of their respective Affiliates, wherever located, whether real, personal or mixed, tangible or intangible, other than the Excluded Assets, whether or not used or held for use in the conduct of the Business;

v)  for greater certainty, any proceeds or cash equivalents recoverable or recovered pursuant to any intercompany debts solely by and between any of the Companies; and

w)  any rights or defenses in respect of any of the foregoing.

## Schedule D – Permitted Encumbrances, Easements and Restrictive Covenants related to Real Property

The reservations, limitations, provisos and conditions expressed in the original grant thereof from the Crown.

## Schedule E – Assigned Contracts

### Bonds and Related Cash Deposits

| Assigned Contract | Cure Costs |
|---|---|
| All cash deposits corresponding to the Local 126 Pennsylvania Union Bond, originally issued as Bond No. 4199452 and replaced with a cash deposit of $500,000 as of January 22, 2025. | $0.00 |

### Equipment Leases

| Assigned Contract | Cure Costs |
|---|---|
| Equipment Finance Agreement, dated as of October 1, 2021, by and between Global Rental Canada ULC and Rokstad Power (2018) Ltd. | $0.00 |
| Equipment Finance Agreement, dated as of January 1, 2023, by and between Global Rental Canada ULC and Rokstad Power (2018) Ltd. | $0.00 |
| Equipment Finance Agreement, dated as of April 24, 2023, by and between Western High Voltage Ltd. and Rokstad Power (2018) Ltd. | $0.00 |
| Equipment Lease Agreement, dated as of April 1, 2022, by and between AML Leasing Ltd. and Rokstad Power (2018) Ltd. | $0.00 |
| Lease Agreement, dated as of January 13, 2022, by and between Nesco, LLC (as represented by its authorized agent Commercial Truck Equipment Corp.) and Rokstad Power (2018) Ltd. | $20,624.43 |
| Equipment Lease Agreement, dated as of June 29, 2019, by and between Plowe Boys Enterprises LTD. and Rokstad Power (2018) Ltd. | $76,687.83 |
| Commercial Motor Vehicle Master Lease Agreement, dated as of June 28, 2018, by and between Jim Pattison Industries Ltd. and Rokstad Power (2018) Ltd., and all vehicle leases related thereto, but specifically excluding the Coquitlam vehicle lease with Jim Pattison Industries Ltd. for a 2024 Ford F-350 Super Duty with serial number 1FT8W3BM4REC85286. | $0.00 |
| All vehicle leases by and between Zeemac Vehicle Lease Ltd. and each of Rokstad Power (2018) Ltd. and Plowe Power System Ltd. | $0.00 |

| Assigned Contract | Cure Costs |
|---|---|
| Equipment Lease Agreement, dated as of July 17, 2020, by and between 1126652 B.C. Ltd. and Rokstad Power (2018) Ltd. | $0.00 |
| Purchaser Order # 102807 by Rokstad Power (2018) Ltd. under BC Rentals contract # 24020DQ-2. | $0.00 |
| Purchase Order # 80997 by Rokstad Power (2018) Ltd. to Dan's Forklift Ltd. | $0.00 |
| Loan & Security Agreement #191394, dated as of January 4, 2022, by and between Custom Truck Capital and Rokstad Power Inc. (as amended). | $2,487,566.60 |
| Corporate Guaranty (Agreement #191934), dated as of January 4, 2022, by and between Rokstad Power Inc., Custom Truck Capital, and Rokstad Power (2018) Ltd. | $0.00 |
| Corporate Guaranty (Agreement #191934), dated as of January 4, 2022, by and between Rokstad Power Inc., Custom Truck Capital, Rokstad Holdings Corporation. | $0.00 |
| Open-End Master Lease Agreement (Fleet Services Master Agreement), dated as of October 26, 2020, by and between Merchants Fleet and Rokstad Power Inc. and the following Schedules thereto:<br><br>•      Schedule A (Unit No. 821369), dated as of September 28, 2021, by and between Rokstad Power Inc. and Merchants Fleet.<br><br>•      Schedule A (Unit No. 802405), dated as of May 7, 2021, by and between Rokstad Power Inc. and Merchants Fleet.<br><br>•      Schedule A (Unit No. 821364), dated as of September 28, 2021, by and between Rokstad Power Inc. and Merchants Fleet.<br><br>•      Schedule A (Unit No. 821373), dated as of September 28, 2021, by and between Rokstad Power Inc. and Merchants Fleet.<br><br>•      Schedule A (Unit No. 774208), dated as of December 11, 2020, by and between Rokstad Power Inc. and Merchants Fleet.<br><br>•      Schedule A (Unit No. 774210), dated as of December 11, 2020, by and between Rokstad Power Inc. and Merchants Fleet.<br><br>•      Schedule A (Unit No. 797815), dated as of July 20, 2021, by and between Rokstad Power Inc. and Merchants Fleet.<br><br>•      Schedule A (Unit No. 821354), dated as of September 28, 2021, by and between Rokstad Power Inc. and Merchants Fleet. | ~~$403,030.57~~<br>up to $392,848.57 |



| Assigned Contract | Cure Costs |
|---|---|
| • Schedule A (Unit No. 774214), dated as of December 11, 2020, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 797803), dated as of January 6, 2022, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 774212), dated as of December 11, 2020, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 774211), dated as of December 11, 2020, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 774213), dated as of December 11, 2020, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 802406), dated as of May 7, 2021, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 840609), dated as of October 18, 2021, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 774084), dated as of December 2, 2020, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 821359), dated as of September 28, 2021, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 774215), dated as of December 11, 2020, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 821353), dated as of September 28, 2021, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 840617), dated as of October 18, 2021, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 797805), dated as of October 27, 2021, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 821363), dated as of September 28, 2021, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 840613), dated as of October 18, 2021, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 774079), dated as of December 2, 2020, by and between Rokstad Power Inc. and Merchants Fleet. | |
| • Schedule A (Unit No. 821362), dated as of September 28, 2021, by and between Rokstad Power Inc. and Merchants Fleet. | |



| Assigned Contract | Cure Costs |
|---|---|
| • Schedule A (Unit No. 821348), dated as of September 27, 2021, by and between Rokstad Power Inc. and Merchants Fleet.<br><br>• Schedule A (Unit No. 774220), dated as of December 11, 2020, by and between Rokstad Power Inc. and Merchants Fleet. | |
| Master Lease Agreement No. CTF1234, dated as of February 15, 2022, by and between Captech Financial, LLC and Rokstad Power (East), Inc. and the following Schedules thereto:<br><br>• Lease Schedule No. 001, dated as of February 15, 2022, by and between Captech Financial, LLC and Rokstad Power (East), Inc.<br><br>• Lease Schedule No. 002, dated as of February 15, 2022, by and between Captech Financial, LLC and Rokstad Power (East), Inc. | ~~$657,273.40~~<br>$0 |
| The following Equipment Leases and Guaranties with Altec Capital Services, LLC:<br><br>• Equipment Lease (Lease No. 222892), dated as of February 1, 2019, by and between Altec Capital Services, LLC and Rokstad Power Inc.<br><br>• Continuing Guaranty Agreement, dated as of October 30, 2018, by and between Rokstad Holdings Corporation and Altec Capital Services, LLC.<br><br>• Guaranty Agreement, dated as of October 16, 2018, by Rokstad Holdings Corporation, in favor of Altec Capital Services, LLC.<br><br>• Guaranty Agreement, dated as of October 16, 2018, by Aaron Rokstad, in favor of Altec Capital Services, LLC. | $0.00 |
| Acknowledgement and Agreement of Lessee and Guarantor to Assignment of Lease, dated as of August 11, 2020, by and between Autotainment Partners Limited Partnership and Rokstad Power Inc. | $0.00 |
| Retail Installment Sale Contract Simple Finance Charge, dated as of July 27, 2020, by and between Rokstad Power Inc. and Dave Smith Motors. | $0.00 |
| The following Lease Agreements with Ally Bank Lease Trust and Ally Financial Lease Trust: | $0.00 |

| Assigned Contract | Cure Costs |
|---|---|
| • ComTrac SM Lease Agreement, dated as of June 29, 2020, by and between Ally Bank Lease Trust; Ally Financial Lease Trust; and Rokstad Power Inc.<br><br>• ComTrac SM Lease Agreement, dated as of June 29, 2020, by and between PFVT Motors, LLC and Rokstad Power Inc.<br><br>• ComTrac SM Lease Agreement, dated as of June 29, 2020, by and between PFVT Motors, LLC and Rokstad Power Inc. | |
| Rental contract with Global Rental for the US operations. | $366,081.95 |
| All equipment lease agreements entered into by Rokstad Power with Premier Truck Holdings Ltd. | $296,735.70 |

**Property Leases**

| Assigned Contract | Cure Costs |
|---|---|
| Lease, dated as of October 1, 2021, by and between 1318936 B.C. Ltd and Rokstad Power (2018) Ltd. | $0.00 |
| Lease, dated as of August 14, 2020, by and between 1243483 B.C. Ltd., Rokstad Power (2018) Ltd. And Rokstad Holdings Corporation. | $0.00 |
| Renewal Lease, dated as of August 30, 2023, by and between 1251363 B.C. Ltd., Rokstad Power (2018) Ltd. And Rokstad Holdings Corporation. | $111,500.00 |
| Lease, dated as of November 21, 2023, by and between Linda Stevens and Rokstad Power (2018) Ltd. for the lands at 4660 Collier Place, Williams Lake. | $0.00 |
| Lease, dated as of November 21, 2023, by and between Linda Stevens and Rokstad Power (2018) Ltd. for the building located along the southern portion of the perimeter fence which encircles 4660 Collier Place, Williams Lake. | $0.00 |
| Lease Agreement, dated as of December 18, 2018, by and between Spire Golden Limited Partnership, Rokstad Power (2018) Ltd. and Rokstad Holding Corporation. | $0.00 |
| Lease Extension and Amending Agreement, dated as of March 10, 2023, by and between Spire Golden Limited Partnership, Rokstad Power (2018) Ltd. and Rokstad Holdings Corporation. | $ 160,287.00 |

| Assigned Contract | Cure Costs |
|---|---|
| Sublease, dated for reference October 31, 2023, by and between Rokstad Power (2018) Ltd. and Waste Connections of Canada Inc. | $0.00 |
| Sublease, dated as of June 1, 2020, by and between Rokstad Power (2018) Ltd. and Langcorp Developments Ltd. | $0.00 |
| Lease Agreement, dated as of April 5, 2022, by and between Rokstad Power (2018) Ltd. and Langcorp Developments Ltd. | $0.00 |
| Lease, dated as of May 1, 2024, by and between Rokstad Power (2018) Ltd. and Plowe Boys Enterprises Ltd. for the property municipally known as 2805 and 2797 Gunn Road, Prince George. | $38,831.42 |
| Lease, dated as of May 1, 2024, by and between Rokstad Power (2018) Ltd. and Plowe Boys Enterprises Ltd. for the property municipally known as 2811, 2809 and 2813 Gunn Road, Prince George. | $0.00 |
| Lease, dated as of May 1, 2024, by and between Rokstad Power (2018) Ltd. and Plowe Boys Enterprises Ltd. for the property municipally known as 2877 Bowers Place, Kamloops. | $5,798.59 |
| Lease, dated as of May 1, 2024, by and between Rokstad Power (2018) Ltd. and Plowe Boys Enterprises Ltd. for the property municipally known as 2889 Bowers Place, Kamloops. | $0.00 |
| Lease, dated as of May 1, 2024, by and between Rokstad Power (2018) Ltd. and Plowe Boys Enterprises Ltd. for the property municipally known as 2901 Bowers Place, Kamloops. | $0.00 |
| Lease, dated as of May 1, 2024, by and between Rokstad Power (2018) Ltd. and Plowe Boys Enterprises Ltd. for the property municipally known as 2913 Bowers Place, Kamloops. | $0.00 |
| Land Lease Agreement, dated as of May 1, 2023, by and between WJ Real Estate #1 and Rokstad Power. | $0.00 |
| Lease, dated as of June 15, 2023, by and between Waikapu Properties, LLC, and Rokstad Power Inc. | $0.00 |
| Sublease Agreement, dated as of March 1, 2023, by and between MANA Construction Inc. and Rokstad Power Inc. | $0.00 |
| Commercial Lease Agreement, dated as of August 1, 2024, by and between Deborah J. Turman and Rokstad Power Inc. | $0.00 |
| Sublease Agreement, dated June 7, 2022, by and between Dunlap-Stone University, Inc. and Rokstad Power Inc. | $0.00 |

| Assigned Contract | Cure Costs |
|---|---|
| Agreement with Hard Drive Holdings, LLC. | $0.00 |
| Lease Agreement, dated August 6, 2024, by and between Select Water Solutions, LLC. and Rokstad Power Inc. | $0.00 |
| Lease Agreement, dated as of August 6, 2024, by and between Veterans of Foreign Wars and Rokstad Power Inc. | $0.00 |
| Net Lease, dated July 18, 2022, by and between Merritt-091, LLC and Rokstad Power (East) Inc. | $0.00 |
| Sublease Agreement, dated March 1, 2023, by and between Merritt Properties and Rokstad Power (East) Inc. | $0.00 |
| Standard Industrial/Commercial Single-Tenant Lease - Absolute Net, dated as of October 27, 2021, by and between CAM Investment 353 LLC and Rokstad Power Inc. | $0.00 |
| Subordination, non disturbance and attornment agreement, by and between Bankers Trust Company, CAM Investment 353 LLC and Rokstad Power Inc. | $0.00 |

## IT Services Agreements

| Assigned Contract | Cure Costs |
|---|---|
| Rental Agreement, dated as of March 20, 2023, by and between Sharp Electronics of Canada Ltd. and Rokstad Power (2018) Ltd. | $16,203.94 |
| Rental Agreement, dated as of December 2, 2021, by and between Sharp Electronics of Canada Ltd. and Rokstad Power (2018) Ltd. | $20,572.49 |
| Master Services Agreement, dated as of January 8, 2015, by and between Rokstad Power Corporation and Allstream Inc. | $0.00 |
| Bell Mobility Corporate Account Agreement, dated as of July 23, 2014, by and between Rokstad Power Corporation (assigned to Rokstad Power (2018) Ltd.) and Bell Mobility Inc.<br><br>Bell Mobility Corporate Account Agreement, dated as of July 23, 2017, by and between Bell Mobility Inc. and Rokstad Power Corporation. | $42,000.00 |
| Assumption Agreement, dated as of August 13, 2018, by and between RPC Limited Partnership, Rokstad Power (2018) Ltd., and Bell Mobility Inc. | $0.00 |

| Assigned Contract | Cure Costs |
| --- | --- |
| Service Level Agreement, dated as of October 20, 2016, by and between Totally One Communications Inc. and Rokstad Power. | $0.00 |
| Verizon Online Terms of Service for Verizon Internet and Value Added Services, with Verizon Online LLC. | $0.00 |
| Master Service Agreement, undated, by and between Sherweb Inc. and Rokstad Power. | $0.00 |
| Datto Siris 2: SP5000 Statement of Work, dated as of September 22, 2014, by and between Rokstad Power Corp. and DigiFX Networks Inc. | $0.00 |
| CCS Candy Cloud Hosted Services Agreement, dated as of June 2, 2019, with Candy Software. | $0.00 |
| Product Order Form, dated as of January 22, 2022, by and between Rokstad Power and Darktrace. | $0.00 |
| Darktrace Master Services Agreement, dated as of January 22, 2024, by and between Darktrace Holdings Limited and Rokstad Power. | $0.00 |
| Standard Terms & Conditions for Encore Subscription Services (including the Encore Cloud Services Enrollment Agreement and the Microsoft Cloud Agreement) effective on or around December 12, 2018, by and between Rokstad Power (2018) Ltd. and Encore Business Solutions Inc. | $0.00 |
| Enterprise Software Subscription Agreement, undated, by and between Rarestep, Inc., (d/b/a Fleetio) and Rokstad Power. | $0.00 |
| Samsara License Agreement, dated as of April 12, 2024, by and between Samsara Inc. and Rokstad Power. | $0.00 |
| Contract for financial software between Rokstad Power (2018) Ltd. and Prophix with a renewal date of August 9, 2024, and all related and ancillary contracts. | $0.00 |
| Annual Maintenance Agreement, dated as of May 28, 2019, by and between Compton Office Machine Co. and Rokstad Power. | $0.00 |
| Master Subscription Agreement, dated as of December 6, 2013, by and between ToolWatch Corporation and Rokstad Power Corporation. | $0.00 |
| Software License Agreement, dated as of May 27, 2023, by and between HSI and Rokstad Power. | $0.00 |
| All Value Lease Agreements and corresponding Customer Care Maintenance Agreements, by and between Sharp Business | $0.00 |

| Assigned Contract | Cure Costs |
|---|---|
| Systems and Rokstad Power Corporation, Rokstad Ltd or Rokstad Power Inc. | |
| All Equipment Lease Agreements by and between Office Business Solutions, L.L.C and Rokstad Power Inc. | $0.00 |
| All Commercial Lease Agreements, by and between Dell Financial Services Canada Limited and RPC Limited Partnership. | $0.00 |
| Encodian Online Products agreement and all related and ancillary contracts. | $0.00 |

### Customer Agreements and JV Agreements

| Assigned Contract | Cure Costs |
|---|---|
| Revenue Sharing Agreement, dated as of October 29, 2020, by and between Tk'emlups te Seewepeme and Rokstad Power (2018) Ltd. | $0.00 |
| Memorandum of Understanding dated September 30, 2023 between Kyah Resources (Witset First Nation) and Rokstad Power for BC Hydro direct award work. | $0.00 |
| Joint Venture Agreement, dated as of June 9, 2023, by and between SIMPCW RESOURCES LLP and Rokstad Power (2018) Ltd. | $0.00 |
| Memorandum of Understanding, dated as of October 12, 2018, by and between SPAL General Constructors Corporation and Rokstad Power (2018) Ltd. | $0.00 |
| Collaboration and Services Agreement, dated as of March 27, 2023, by and between Tse'Khene Development LP and Rokstad Power (2018) Ltd. | $0.00 |
| Master Agreement, dated as of August 27, 2015, by and between Plowe Power Systems Ltd. and Teck Highland Valley Copper Partnership. | $0.00 |
| Teck Highland Valley Copper Partnership Contract Agreement, dated as of February 17, 2014, by and between Teck Highland Valley Copper Partnership and Plowe Power Systems Ltd. | $0.00 |
| British Columbia Hydro and Power Authority ("BC Hydro") master service agreements and all RFPs and work authorizations related thereto, including, without limitation, the following:<br><br>a)     Work Agreement for Distribution, Transmission and Trouble Line Services (RFP 9713), dated as of October 1, 2019, | $0.00 |

| Assigned Contract | Cure Costs |
|---|---|
| as amended on October 1, 2022, and extended on July 5, 2024, by and between Rokstad Power (2018) Ltd. and BC Hydro.<br><br>b)    Contract Agreement (RFP 10317), dated as of April 1, 2019, by and between Rokstad Power (2018) Ltd. and BC Hydro.<br><br>c)    Master Services Agreement (RFP 18470), dated as of May 11, 2023, by and between Rokstad Power (2018) Ltd. and BC Hydro.<br><br>d)    Master Line Work Agreement, 957-2013, dated as of August 14, 2014, as amended by the Extension and Amendment Agreement, dated as of July 4, 2024, by and between Rokstad Power Corporation and BC Hydro.<br><br>e)    Contractor Agreement entered into by and between Rokstad Power (2018) Ltd. and Burnaby Lake Greenhouses Ltd., entered into in connection with the PCB Transformer on Private Pole Removal Project dated as of November 16, 2023, by and between Burnaby Lake Greenhouses Ltd. and BC Hydro. | |
| Gastown Primary and Secondary UG Electrical Works and Fiber Cable Installation Works Agreement (RFQ 15431), dated as of December 17, 2020, by and between Rokstad Power (2018) Ltd. and BC Hydro. | $0.00 |
| Purchase Order (#4500064445), dated as of March 27, 2019, issued by New Gold Inc. to Rokstad Power (2018) Ltd. | $0.00 |
| Major Services Contract, dated as of December 1, 2022, by and between Newcrest Red Chris Mining Limited and Rokstad Power (2018) Ltd. and all purchase orders related thereto. | $0.00 |
| Master Services Agreement, dated as of August 15, 2023, by and between ARC Resources Ltd. and Rokstad Power (2018) Ltd. and all purchase orders related thereto. | $0.00 |
| Construction Agreement, dated as of August 31, 2022, by and between Vancouver Airport Authority and Rokstad Power Ltd. | $0.00 |
| Subcontract Agreement, dated as of August 15, 2023, by and between Onni Property Management Services Ltd. and Rokstad Power (2018) Ltd. | $0.00 |
| Subcontract Agreement, dated as of February 9, 2024, by and between Onni Property Management Services Ltd. and Rokstad Power (2018) Ltd. | $0.00 |
| All short duration Purchase Orders that relate to the Canadian Business that are active, including but not limited to: | $0.00 |

| Assigned Contract | Cure Costs |
|---|---|
| a.     Agreement between Corix Multi-Utility Services Inc. and Rokstad Power (2018) Ltd.<br><br>b.     Agreement between Aspen Planers Ltd. and Rokstad Power (2018) Ltd.<br><br>c.     Agreement between Conwest Developments and Rokstad Power (2018) Ltd.<br><br>d.     Agreement between Mount Polley Mining Corporation and Rokstad Power (2018) Ltd.<br><br>e.     Agreement between Keller Construction Ltd. and Rokstad Power.<br><br>f.     Agreement between Lakewood Electric Ltd. and Rokstad Power. | |
| Consultant Services Master Agreement, dated as of October 5, 2023, by and between Hawaiian Electric Company, Inc.; Hawai`i Electric Light Company, Inc.; Maui Electric Company, Limited; and Rokstad Power Inc. | $0.00 |
| PECO (Philadelphia Electric Company) Blanket. | $0.00 |
| Major Construction Services Master Agreement, dated as of February 1, 2023, by and between Hawaiian Electric Company, Inc.; Hawai`i Electric Light company, Inc.; Maui Electric Company, Limited, and Rokstad Power Inc. | $0.00 |
| Mutual Confidentiality and Non-Disclosure Agreement, dated as of February 16, 2023, by and between Rokstad Power Inc.; Hawaiian Electric Company, Inc./Maui Electric Company, Limited/Hawai`i Electric Light Company, Inc. | $0.00 |
| Blanket Purchase Order, effective as of December 12, 2023, by and between Baltimore Gas & Electric Co. and Rokstad Power (East), Inc. | $0.00 |
| Exelon Global Terms and Conditions for Materials and Services, by and between Rokstad Power (East), Inc. and Exelon Business Services Company, LLC. | $0.00 |
| 2022 Distribution line RFP Master Services Agreement, dated as of April 1, 2023, by and between Rokstad Power Inc. and Southern California Edison Company. | $0.00 |
| Contract Letter to Contract No. 20006340, dated as of December 1, 2021, by and between American Electric Power Service Corporation and Rokstad Power Inc. | $0.00 |

| Assigned Contract | Cure Costs |
|---|---|
| Contract Letter to Contract No. 20006561, dated as of February 1, 2022, by and between Electric Transmission Texas, LLC and Rokstad Power Inc. | $0.00 |
| Contract Instrument For Contract No. 20006340, dated as of May 30, 2024, by and between Southwestern Electric Power Company and Rokstad Power Inc. | $0.00 |
| Contract Instrument For Contract No. 20006340, dated as of June 5, 2024, by and between Southwestern Electric Power Company and Rokstad Power Inc. | $0.00 |
| Contract Instrument For Contract No. 20006340, dated as of June 28, 2024, by and between Southwestern Electric Power Company and Rokstad Power Inc. | $0.00 |
| Contract Instrument For Contract No. 20006340, dated as of May 1, 2024, by and between Southwestern Electric Power Company and Rokstad Power Inc. | $0.00 |
| Contract for Labor and Material, dated as of June 1, 2023, by and between Consumers Energy Company and Rokstad Power Inc. | $0.00 |
| American Electric Power AEP General Terms and Conditions for Labor and Services, dated as of May 2021. | $0.00 |
| American Electric Power Service Corporation Contract No. 20006340. | $0.00 |
| American Electric Power Service Corporation Contract No. 20006561. | $0.00 |
| Emergency Restoration Agreement, dated as of September 13, 2013, by and between Puget Sound Energy and Rokstad Power. | $0.00 |
| Contract, dated as of February 21, 2023, by and between DTE Electric Company and Rokstad Power Inc. | $0.00 |
| Contract, dated as of June 5, 2023, and its correlating Statements of Work, by and between Florida Power & Light Company and Rokstad Power Inc. | $0.00 |

**Collective Bargaining Agreements**

| Assigned Contract | Cure Costs |
|---|---|
| California Outside Line Construction Agreement, by and between Western Line Constructors Chapter of NECA and Local Unions No. 47 and 1245, AFL-Cio, International Brotherhood of | $0.00 |

| Assigned Contract | Cure Costs |
|---|---|
| Electrical Workers, dated as of June 1, 2022, by and between the Western Line Constructors Chapter, Inc., NECA, Inc. and Local Unions No. 47 and 1245, IBEW. | |
| Agreement, dated as of September 4, 2023, by and between American Line Builders Chapter, NECA, and Local Union 70 of the International Brotherhood of Electrical Workers (AFL-CIO) Covering Utility Outside Power and High Tension Pipe Type Cable Work). | $0.00 |
| Utility Agreement, dated as of October 2, 2023, between Northeastern Line Constructors Chapter, National Electrical Contractors Association, Inc. and Local Union No. 126 of the International Brotherhood of Electrical Workers | $0.00 |
| Agreement, dated as of April 5, 2020, by and between Southwestern Line Constructors Chapter National Electrical Contractors Association and Local Union No 278 of the International Brotherhood of Electrical Workers. | $0.00 |
| Letter of Assent, Statewide Outside Utility Labor Agreement, dated as of November 21, 2023, by and between The Southeastern Line Constructors, Chapter NECA, Local Union 700 IBEW, and Rokstad Power Inc. | $0.00 |
| Outside Agreement, dated as of January 1, 2024, by and between Local Union 1260 of the International Brotherhood of Electrical Workers and Rokstad Power Inc. | $0.00 |
| Agreement, dated as of August 15, 2021, by and between Southwestern Line Constructors Chapter National Electrical Contractors Association and Local Union No 1002 Tulsa, Oklahoma of the International Brotherhood of Electrical Workers. | $0.00 |
| Agreement, dated as of September 16, 2021, by and between Southwestern Line Constructors Chapter National Electrical Contractors Association and Local Union No 1002 Tulsa, Oklahoma of the International Brotherhood of Electrical Workers. | $0.00 |
| SWEPCO Construction Line Agreement Southeastern & Southwestern Line Chapters, NECA, and Local Unions Nos. 436, 700, 738 & 995 IBEW | $0.00 |
| Louisiana Statewide Agreement between Southeastern Line Constructors Chapter, NECA and Local Union No. 995 IBEW | $0.00 |
| Agreement between American Line Builders Chapter, NECA and Local Union No. 17 IBEW | $0.00 |

**Payroll Agreements**

| Assigned Contract | Cure Costs |
|---|---|
| All payroll processing agreements by and between ADP and Rokstad Power. | $0.00 |