IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ROKSTAD HOLDINGS CORPORATION, et al.,[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-12645 (MFW)<br><br>(Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, the noticing agent for the Debtors in the above-captioned cases.

On or before February 3, 2025, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Foreign Representative's Motion for Entry of an Order (I) Recognizing and Enforcing the Approval and Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, (III) Assuming and Assigning Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief** (Docket No. 68)

Dated: February 10, 2025

/s/ Pauline Aragon

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 10th day of February, 2025 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

[Notary Seal: NAOMI RODRIGUEZ, Notary Public - California, Orange County, Commission # 2401472, My Comm. Expires Apr 20, 2026]

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Rokstad Holdings Corporation (7932); Rokstad Power (2018) Ltd. (8273); Golden Ears Painting & Sandblasting (2018) Ltd. (8286); Plowe Power Systems (2018) Ltd. (8882); Rokstad Power (Prairies) Ltd. (9305); Rokstad Power Transmission Services Ltd. (9301); Rokstad Power Construction Services Ltd. (9295); Rokstad Power (East), Inc. (4090); Rokstad Power Inc. (4394); and Rok Air, LLC (6825).

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Condux Tesmec, Inc. | 500 N Industrial Rd | Mankato | MN | 56001-3005 |
| Pfisterer North America | 2292 Innovation Way | Rochester | NY | 14624-6224 |

In re: Rokstad Holdings Corporation, et al.
Case No. 24-12645 (MFW)

Page 1 of 1