**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| ROKSTAD HOLDINGS CORPORATION, et al.,[1] | Case No. 24-12645 (MFW) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Dylan P. Dickerson, depose and say that I am employed by Stretto, the noticing agent for the Debtors in the above-captioned cases.

On February 7, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of *Amended* Agenda for Hearing Scheduled for February 11, 2025 at 10:30 A.M. (Prevailing Eastern Time), Before the Honorable Mary F. Walrath Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware** (Docket No. 77)

- **Order Granting Motion of Foreign Representative, Pursuant to Sections 105(A), 363, 365, 1501, 1507, 1520, and 1521 of the Bankruptcy Code, and Bankruptcy Rules 2002, 6004, 6006, and 9014, for Entry of an Order (I) Recognizing and Enforcing the Approval and Vesting Order (and, in the Alternative, the Back-up Approval and Vesting Order), (II) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, (III) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief** (Docket No. 78)

- **Notice of *Second Amended* Agenda for Hearing Scheduled for February 11, 2025 at 10:30 A.M. (Prevailing Eastern Time), Before the Honorable Mary F. Walrath Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware** (Docket No. 79)

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Rokstad Holdings Corporation (7932); Rokstad Power (2018) Ltd. (8273); Golden Ears Painting & Sandblasting (2018) Ltd. (8286); Plowe Power Systems (2018) Ltd. (8882); Rokstad Power (Prairies) Ltd. (9305); Rokstad Power Transmission Services Ltd. (9301); Rokstad Power Construction Services Ltd. (9295); Rokstad Power (East), Inc. (4090); Rokstad Power Inc. (4394); and Rok Air, LLC (6825).

Furthermore, on February 7, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Order Granting Motion of Foreign Representative, Pursuant to Sections 105(A), 363, 365, 1501, 1507, 1520, and 1521 of the Bankruptcy Code, and Bankruptcy Rules 2002, 6004, 6006, and 9014, for Entry of an Order (I) Recognizing and Enforcing the Approval and Vesting Order (and, in the Alternative, the Back-up Approval and Vesting Order), (II) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, (III) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief** (Docket No. 78)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: February 11, 2025

_____
Dylan P. Dickerson

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 11th day of February 2025 by Dylan P. Dickerson, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

# <u>Exhibit A</u>



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AIS Portfolio Services LLC | Attn: Ally Bank Department | 4515 N Santa Fe Ave Dept APS | Account: XXXXXXXX4902 | Oklahoma City | OK | 73118 | |
| AIS Portfolio Services LLC | Attn: Ally Bank Department | 4515 N Santa Fe Ave Dept APS | Account: XXXXXXXX4911 | Oklahoma City | OK | 73118 | |
| AIS Portfolio Services LLC | Attn: Ally Bank Department | 4515 N Santa Fe Ave Dept APS | Account: XXXXXXXX4956 | Oklahoma City | OK | 73118 | |
| AIS Portfolio Services LLC | Attn: Ally Bank Department | 4515 N Santa Fe Ave Dept APS | Account: XXXXXXXX4957 | Oklahoma City | OK | 73118 | |
| AIS Portfolio Services LLC | Attn: Ally Bank Department | 4515 N Santa Fe Ave Dept APS | Account: XXXXXXXX4959 | Oklahoma City | OK | 73118 | |
| AIS Portfolio Services LLC | Attn: Ally Bank Department | 4515 N Santa Fe Ave Dept APS | Account: XXXXXXXX4964 | Oklahoma City | OK | 73118 | |
| AIS Portfolio Services LLC | Attn: Ally Bank Department | 4515 N Santa Fe Ave Dept APS | Account: XXXXXXXX4974 | Oklahoma City | OK | 73118 | |
| AIS Portfolio Services LLC | Attn: Ally Bank Department | 4515 N Santa Fe Ave Dept APS | Account: XXXXXXXX4980 | Oklahoma City | OK | 73118 | |
| AIS Portfolio Services LLC | Attn: Ally Bank Department | 4515 N Santa Fe Ave Dept APS | Account: XXXXXXXX4990 | Oklahoma City | OK | 73118 | |
| BC Hydro | Attn: Robert Holt | 333 Dunsmuir St. | Corporate Head Office | Vancouver | BC | V6B 5R3 | Canada |
| CAM Investments 353 LLC | c/o Seltzer Caplan McMahon Vitek | Attn: Dennis J. Wickham | 750 B Street Suite 2100 | San Diego | CA | 92101 | |
| Delaware State Treasury | Attn: Legal Dept | 820 Silver Lake Blvd Ste 100 | | Dover | DE | 19904 | |
| Family Trust BROK Trust et al. | c/o Dentons Canada LLP | Attn: John R. Sandrelli | 250 Howe St 20th Floor | Vancouver | BC | V6C 3R8 | Canada |
| FTI Consulting Canada Inc. | c/o Pachulski Stang Ziehl & Jones | Attn: D. Grassgreen & S. Golden | One Sansome Street Suite 3430 | San Francisco | CA | 94104 | |
| Global Rental Company Inc. | c/o Maynard Nexsen PC | Attn: Ryan D. Thompson | 1901 Sixth Avenue North Ste 1700 | Birmingham | AL | 35203 | |
| Global Rental Company Inc. | c/o Nathanson Schachter Thompson | Attn: Peter J. Reardon | 750 - 900 Howe St | Vancouver | BC | V6Z 2M4 | Canada |
| Herc Rentals Inc. | Attn: A Zurawsky & A Coleman | 27500 Riverview Center Blvd | | Bonita Springs | FL | 34134 | |
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Internal Revenue Service | 1111 Constitution Ave NW | | Washington | DC | 20224 | |
| Merchants Fleet Services | c/o Goodmans LLP | Attn: Andrew Harmes & David Nadler | 3400-333 Bay St. | Toronto | ON | M5H 2S7 | Canada |
| Nicola Wealth Real Estate | Attn: Sharon Hong | 1100 Melville St. Ste 1400 | | Vancouver | BC | V6E 4A6 | Canada |
| Office of UST for District of DE | Attn: Malcom M. Bates | 844 N King St #2207 Lockbox 35 | | Wilmington | DE | 19801 | |
| Pachulski Stang Ziehl & Jones LLP | Attn: Grassgreen Golden Robinson | 919 North Market Street 17th Floor | | Wilmington | DE | 19801 | |
| Premier Truck Rental LLC | c/o McMillan LLP | 1055 W Georgia St Ste 1500 | Royal Centre PO Box 11117 | Vancouver | BC | V6E 4N7 | Canada |
| Rokstad Family Trust et al | c/o Bennett Tueller Johnson & Deere | Attn: Johnson Reutzel Lee Hooker | 3165 Millrock Dr #500 | Salt Lake City | UT | 84121 | |
| Rokstad Holdings Corporation et al. | c/o Dentons US LLP | Attn: R. Matthew Garms | 4520 Main Street Suite 1100 | Kansas City | MO | 64111-7700 | |
| Secretary of State | c/o Division of Corporations | Attn: Franchise Tax | PO Box 898 | Dover | DE | 19903 | |
| Securities and Exchange Commission | Attn:  Regional Director | 200 Vesey St Ste 400 Brookfield Pl | New York Regional Office | New York | NY | 10281-1022 | |
| Securities and Exchange Commission | Attn: Antonia Apps | 100 Pearl St Ste 20-100 | | New York | NY | 10004-2616 | |
| Spire Golden LP | c/o Lawson Lundell LLP | 225 - 6th Avenue S.W. Suite 1100 | Brookfield Place | Calgary | AB | T2P 1N2 | Canada |
| Starr Insurance Holdings Inc. | Attn: Ross M. Chinitz | 399 Park Avenue 3rd Floor | | New York | NY | 10022 | |
| State of Delaware | Department of Justice | 820 N French Street | Carvel State Office Building | Wilmington | DE | 19801 | |
| Stellex Power Line Opco LLC | c/o Greenberg Traurig LLP | Attn: Oscar Pinkas Nathan Haynes | One Vanderbilt Avenue | New York | NY | 10017 | |
| US Atty Office for District of DE | Attn: Legal Dept | 1313 N Market Street | | Wilmington | DE | 19801 | |
| US Securities & Exchange Commission | Attn Officer/Director or Legal Dept | 100 F Street NE | | Washington | DC | 20549 | |
| Viking Mats Viking Helical et al. | Attn: B. Stadtler & L. Jauregui | 7480 Flying Cloud Drive Suite 400 | | Eden Prairie | MN | 55344 | |
| Waste Connections of Canada | c/o Bennett Jones LLP | 855 2 Street SW | 4500 Bankers Hall East | Calgary | AB | T2P 4K7 | Canada |

In re: Rokstad Holdings Corporation, et al.
Case No. 24-12645 (MFW)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| AIS Portfolio Services, LLC | Attn: Ally Bank Department | | ecfnotices@aisinfo.com |
| AIS Portfolio Services, LLC | Attn: Ally Capital Department | | ecfnotices@aisinfo.com |
| BC Hydro | Attn: Robert Holt | | robert.holt@bchydro.com |
| BC Hydro | c/o Lawson Lundell LLP | Attn: Bryan Gibbons | bgibbons@lawsonlundell.com |
| Bernie and Aaron Rokstad | | | Email Address on File |
| Bernie Rokstad, Aaron Rokstad, Rokstad Family Trust, BROK Trust and 0991249 B.C. Ltd. | c/o Bennett Tueller Johnson & Deere | Attn: Barry N. Johnson, Jeremy Reutzel, Josh Lee, KC Hooker | bjohnson@btjd.com jreutzel@btjd.com jlee@btjd.com kchooker@btjd.com |
| Bernie Rokstad, Aaron Rokstad, Rokstad Family Trust, BROK Trust and 0991249 B.C. Ltd. | c/o Dentons Canada LLP | Attn: John R. Sandrelli | john.sandrelli@dentons.com |
| Bernie Rokstad, Aaron Rokstad, Rokstad Family Trust, BROK Trust and 0991249 B.C. Ltd. | c/o Farris LLP | Attn: Tevia R.M. Jeffries | tjeffries@farris.com |
| FTI Consulting Canada Inc. | Attn: Tom Powell, Craig Munro, Deryck Helkaa,  Adam Gasch | | rokstad@fticonsulting.com tom.powell@fticonsulting.com craig.munro@fticonsulting.com deryck.helkaa@fticonsulting.com adam.gasch@fticonsulting.com |
| FTI Consulting Canada Inc. | c/o Osler, Hoskin & Harcourt LLP | Attn: Mary Buttery, Emily Paplawski, Christian Garton and Stephen Kroeger | mbuttery@osler.com epaplawski@osler.com cgarton@osler.com skroeger@osler.com |
| FTI Consulting Canada Inc. | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Debra Grassgreen, Steven W. Golden | dgrassgreen@pszjlaw.com sgolden@pszjlaw.com |
| Global Rental Company, Inc. | c/o Maynard Nexsen PC | Attn: Ryan D. Thompson | rthompson@maynardnexsen.com |
| Global Rental Company, Inc. | c/o Nathanson, Schachter & Thompson LLP | Attn: Peter J. Reardon | preardon@nst.ca |
| Graham Construction & Engineering Inc. | c/o Burnet, Duckwork & Palmer LLP | Attn: Ryan Algar, David Maxwell, Prateek Gupta | ralgar@bdplaw.com dcm@bdplaw.com pgupta@bdplaw.com |
| Herc Rentals Inc. | Attn: Alex Zurawsky, Amanda Coleman | | alex.zurawskyj@hercrentals.com amanda.coleman@hercrentals.com herclegalcollections@hercrentals.com |
| Local Union 258 of the IBEW | c/o Koskie Glavin Gordon | Attn: Dawid Cieloszczyk | dcieloszczyk@koskieglavin.com |
| Merchants Fleet Services | c/o Goodmans LLP | Attn: Andrew Harmes, David Nadler | aharmes@goodmans.ca dnadler@goodmans.ca |
| Nicola Wealth Real Estate | Attn: Sharon Hong | | shong@nicolawealth.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Malcom M. Bates | | malcolm.m.bates@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP | Attn: Debra Grassgreen, Steven Golden, Colin Robinson | | dgrassgreen@pszjlaw.com sgolden@pszjlaw.com crobinson@pszjlaw.com |

In re: Rokstad Holdings Corporation, et al.
Case No. 24-12645 (MFW)



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Premier Truck Rental LLC | c/o McMillan LLP | Attn: Daniel Shouldice | daniel.shouldice@mcmillan.ca |
| Rokstad Holdings Corporation, et al. | c/o Dentons US LLP | Attn: R. Matthew Garms | matthew.garms@dentons.com |
| Spire Golden LP | c/o Lawson Lundell LLP | Attn: Alexis Teasdale and Eloise Hirst | ateasdale@lawsonlundell.com<br>ehirst@lawsonlundell.com |
| Starr Insurance Holdings, Inc. | Attn: Ross M. Chinitz | | ross.chinitz@starrcompanies.com |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| Stellex Power Line Opco LLC | c/o Blake, Cassels, & Graydon LLP | Attn: Peter Bychawski, Kelly Bourassa | peter.bychawski@blakes.com<br>kelly.bourassa@blakes.com |
| Stellex Power Line Opco LLC | c/o Greenberg Traurig LLP | Attn: Oscar Pinkas, Nathan Haynes | pinkaso@gtlaw.com<br>haynesn@gtlaw.com |
| Stellex Power Line OpCo LLC and 1501841 B.C. Ltd., LLC | c/o Blake, Cassels & Graydon LLP | Attn: Kelly Bourassa | kelly.bourassa@blakes.com |
| Stellex Power Line OpCo LLC and 1501841 B.C. Ltd., LLC | c/o Blake, Cassels & Graydon LLP | Attn: Peter Bychawski | peter.bychawski@blakes.com |
| Stellex Power Line OpCo LLC and 1501841 B.C. Ltd., LLC | c/o Greenberg Traurig, LLP | Attn: Anthony W. Clark and Dennis A. Meloro | anthony.clark@gtlaw.com<br>dennis.meloro@gtlaw.com |
| Stellex Power Line OpCo LLC and 1501841 B.C. Ltd., LLC | c/o Greenberg Traurig, LLP | Attn: Oscar N. Pinkas, Nathan A. Haynes, T. Charlie Liu, Stephen A. Woo Kee | pinkaso@gtlaw.com<br>haynesn@gtlaw.com<br>charlie.liu@gtlaw.com<br>esteban.wookee@gtlaw.com |
| Viking Mats, Viking Helical Anchors, Viking Dairy, Viking Specialty Supply | Attn: Bryan Stadtler, Louie Jauregui | | bryan@vikingforest.com<br>louie.jauregui@fctg.com |
| Waste Connections of Canada | c/o Bennett Jones LLP | Attn: Kelsey Meyer, Luc Rollingson | meyerk@bennettjones.com<br>rollingsonl@bennettjones.com |

In re: Rokstad Holdings Corporation, et al.<br>Case No. 24-12645 (MFW)

Page 2 of 2

# Exhibit C



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 0864449 B.C. Ltd-Norwest | c/o Gordon's Septic Water Hydrovac | Attn: Mathew Chevigny | PO Box 4584 | Williams Lake | BC | V2G 2V6 | Canada |
| 1126652 B.C. Ltd. | Attn: Legal | 1631 Dixon Ave #1100 | | Kelowna | BC | V1Y 0B5 | Canada |
| 1251363 B.C. Ltd. | Attn: Legal | 280 - 11331 Coppersmith Way | | Richmond | BC | V7A 5J9 | Canada |
| 1265913 BC Ltd | dba Sunny Green Environmental Hydro | Attn: Nicole Johnstone | 1320 Midway St | Kamloops | BC | V2B 2V5 | Canada |
| 1318936 B.C. Ltd. | Attn: Jacqueline Trudel | #614 1488 - 4th Ave | | Prince George | BC | V2L 4Y2 | Canada |
| 1st On-Site Traffic Control Ltd. | Attn: Paul Halliday | 217 51075 Falls Crt. Rd. | | Chilliwack | BC | V4Z 1K7 | Canada |
| 3190 Tremont JB 2022 LLC | Attn: Legal | 3190 Tremont Ave | | Feasterville-Trevose | PA | 19053 | |
| 3190 Tremont JB 2022 LLC | dba Barry Portnoy | 1425 Locust Street Unit 8C | | Philadelphia | PA | 19102 | |
| ABC Development Company LLC | Attn: Legal | 815 A Waikamilo Rd | PO Box 17908 | Honolulu | HI | 96817 | |
| ADP | Attn: Legal | 1425 Locust Street Unit 8C | | Philadelphia | PA | 19102 | |
| Alliance Traffic Group Inc. | Attn: Tammy Gollin | 2600 Viking Way | | Richmond | BC | V6V 1N2 | Canada |
| Allstream Inc. | Attn: Legal | 200 Wellington Street West | | Toronto | ON | M5V 2C3 | Canada |
| Ally Bank Lease Trust | Attn: Legal | PO Box 8105 | | Cockeysville | MD | 21030 | |
| Ally Financial Lease Trust | Attn: Legal | PO Box 8105 | | Cockeysville | MD | 21030 | |
| Altec Capital Services LLC | Attn: Marlie Hall | 33 Inverness Center Pkwy Suite 200 | | Birmingham | AL | 35242- | |
| American Contractors Indemnity Co | Attn: Adrian Loo | 801 S Figueroa St Ste 700 | | Los Angeles | CA | 90017 | |
| American Electric Power Svc Corp | Attn: Scott P. Moore | 1 Riverside Plaza | | Columbus | OH | 43215- | |
| American Line Builders Chapter NECA | Attn: Legal | 63 North Dixie Drive | | Vandalia | OH | 45377- | |
| American Line Builders Chapter NECA | Attn: Legal | 8044 Montgomery Road Suite 522 | | Cincinnati | OH | 45236 | |
| AML Capital  Ltd. | Attn: Legal | 2031 Shadow Brook Way | | Henderson | NV | 89074 | |
| AML Leasing Ltd. | Attn: Legal | 1631 Dixon Ave #1100 | | Kelowna | BC | V1Y 0B5 | Canada |
| ARC Resources Ltd. | c/o Lex Engineering Ltd. | Attn Paul Strachan | 308 - 4th Ave S.W. #1200 | Calgary | AB | T2P 0H7 | Canada |
| Aspen Planers Ltd. | Attn: Legal | 12745 116 Avenue | | Surrey | BC | V3V 7H9 | Canada |
| AT&T Corp. | Attn: Legal | 1800 Perimeter Park Drive Suite 100 | | Morrisville | NC | 27560 | |
| Autotainment Partners LP | Attn: Shawn C. Burns | 20403 Interstate 45 N | | Spring | TX | 77388- | |
| Baltimore Gas & Electric Co. | Attn: Legal | 7225 Windsor Blvd | | Windsor Mill | MD | 21244 | |
| Baltimore Gas & Electric Co. | Attn: William Shetterly | 19820 N 7th St Ste 100 | | Phoenix | AZ | 85024 | |
| Bankers Trust Company | Attn: Justin Lutz | 2525 E Camelback Rd Suite 100 | | Phoenix | AZ | 85016 | |
| BC Hydro | Attn: Robert Holt | 333 Dunsmuir St. | Corporate Head Office | Vancouver | BC | V6B 5R3 | Canada |
| Bear Creek Contracting Ltd. | Attn: Ron Burton | 3550 Highway 16 East | | Terrace | BC | V8G 5J3 | Canada |
| Bell Mobility Inc. | Attn: Legal | 1 Carrefour Alexander Graham Bell | Building A7 | Verdun | QC | H3E 3B3 | Canada |
| Booyah Development Inc | Attn: Legal | 2075 High Forest Place | | Kamloops | BC | V2E 2H1 | Canada |
| Brad Plowe and Jodi Plowe | | Address on File | | | | | |
| BridgeRiver Mgmt Lillooet Disposal | Attn: Brodly Jack | 14140 Tsistken (Pithouse) Rd | PO Box 40 | Lillooet | BC | V0K 1V0 | Canada |
| British Columbia Hydro & Power Auth | Attn: Legal | 333 Dunsmuir Street | | Vancouver | BC | V6B 5R3 | Canada |
| Bryan Plowe and Kristen Plowe | | Address on File | | | | | |
| CAM Investment 353 LLC | Attn: Bradley S Cohen | 1900 Avenue of the Stars Suite 320 | | Los Angeles | CA | 90067 | |
| CAM Investment 353 LLC | c/o Cohen Asset Management Inc. | Attn Bradley Cohen | 1900 Avenue of the Stars Suite 320 | Los Angeles | CA | 90067 | |
| Canada Life | Attn: Legal | 1861 Welch St #100 | | North Vancouver | BC | V7P 1N7 | Canada |
| Candy Software | Attn: Mr. Rag Skudder | PO Box 9838 | | Centurion | | 0046 | Sweden |
| Captech Financial  LLC | Attn: Documentation Department | 274 W. 12300 S. | | Draper | UT | 84020 | |
| Carillion USA Inc. | Attn: Legal | 80 Golden Drive | | Coquitlam | BC | V3K 6T1 | Canada |
| Chapter NECA | Attn: Legal | 2914 Midland Boulevard | | Fort Smith | AR | 72904 | |
| Cherry Creek Ranch Ltd | Attn: Legal | 5797 Rodeo Road | | Kamloops | BC | V1S 2A3 | Canada |
| City of Abbotsford | Attn: Legal | 32315 South Fraser Way | | Abbotsford | BC | V2T 1W7 | Canada |
| City of Kamloops | Attn: Legal | 7 Victoria Street West | | Kamloops | BC | V2C 1A2 | Canada |
| City of Vancouver | Revenue Services By-Law Fines | PO Box 7747 Stn Terminal | | Vancouver | BC | V6B 8R1 | Canada |
| Coast To Coast Traffic Solutions | Attn: Sahwn Ajaroodi | 8158 128st Unit 356 | | Surrey | BC | V2W1R1 | Canada |
| Compton Office Machine Co. | Attn: Legal | 1829 Bigley Ave | | Charleston | WV | 25302 | |
| Consumers Energy Company | Attn: Leeroy Wells Jr | One Energy Plaza | | Jackson | MI | 49201 | |
| Convverge Inc | Attn: Contract Manager | 602 11 Ave SW #310 | | Calgary | AB | T2R 1J8 | Canada |
| Conwest Developments | Attn: Legal | 1930 Pandora Street #401 | | Vancouver | BC | V5L 0C7 | Canada |
| Corix- Multi-Utility Services Inc. | Attn: Legal | 420 Chilcotin Road | | Kamloops | BC | V2H 1G3 | Canada |

In re: Rokstad Holdings Corporation, et al.
Case No. 24-12645 (MFW)

Page 1 of 4



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Custom Truck Capital | Attn: Legal | 655 Business Center Drive Suite 250 | | Horsham | PA | 19044 | |
| D&B Auger Services | Attn: Legal | 23717 - 72 Avenue | | Langley | BC | V1M 3K9 | Canada |
| Dacon Corporation | Attn: Richard Lee | 1300 Underwood Rd | | Deer Park | TX | 77536 | |
| Darktrace Holdings Limited | Attn: Legal Department | Cowley Road Maurice Wilkes Building | | Cambridge | | CB04 0DS | United Kingdom |
| Dave Smith Motors | Attn: Legal | 210 N Division | | Kellogg | ID | 63837 | |
| Deborah Turman | | Address on File | | | | | |
| Dell Financial Services Canada Ltd | Attn: Legal | 155 Gordon Baker Road Suite 501 | | North York | ON | M2H 3N5 | Canada |
| DIGIFX Networks Inc. | Attn: Legal | 2-262 East 1st Street | | North Vancouver | BC | V7L 1W4 | Canada |
| Double Barrel Industries | Attn: Trent Backus | PO Box 269 | | Grindrod | BC | V0E 1Y0 | Canada |
| Dunlap-Stone University Inc. | Attn: Legal | 16165 N 83rd Avenue Suite 200 | | Peoria | AZ | 85382 | |
| Earth Vac Environmental Ltd. | Attn: Legal | 21191 96 Ave | | Langley | BC | V1M 2Z4 | Canada |
| Electric Transmission Texas LLC | Attn: Kip M. Fox | 400 W 15th Street Ste 800 | | Austin | TX | 78701 | |
| Element Fleet Management Corp | Attn: Legal | 4 Robert Speck Parkway Suite 900 | | Mississauga | ON | L4Z 1S1 | Canada |
| Encodian | Attn: Legal | Blythe Valley Park | | Solihull | IC | B90 8AJ | United Kingdom |
| Encore Business Solutions | Attn: Legal | 3-95 Cole Avenue | | Winnipeg | MB | R2L 1J3 | Canada |
| Environmental 360 Solutions | dba Central Cariboo | Attn: Olivia Kozakevich | 605 Marwick Dr | Williams Lake | BC | V2G 5E8 | Canada |
| Exelon Business Services Company | Attn: Legal Department | 2301 Market Street | | Philadelphia | PA | 19103 | |
| Fidelity and Deposit Company of MD | Attn: Legal | 1400 American Ln Tower I 18th Floor | | Schaumburg | IL | 60196- | |
| Fire & Water Hydrovac Ltd | Attn: Chris Lemottee | 5982 Pringle Rd | | Kamloops | BC | V2C 5V5 | Canada |
| First West Leasing Ltd. | Attn: Legal | 6470 201 St. | | Langley | BC | V2Y 2X4 | Canada |
| Flach Properties LLC | Attn: Legal | 1521 US Route 9W Bldg #2 #3 #4 | | Selkirk | NY | 12158 | |
| Global Rental | Attn: Legal | 33 Inverness Center Pkwy Ste 2 | | Birmingham | AL | 35242- | |
| Global Rental Canada | Attn: Sue Bright | 831 Nipissing Road | | Milton | ON | L9T4Z4 | Canada |
| Great American Insurance Company | Attn: Paget Richardson Tabish et al | 301 E 4th Street | | Cincinnati | OH | 45202 | |
| Great West Life | Attn: Accounts Receivable | PO Box 1053 | | Winnipeg | MB | R3C 2X4 | Canada |
| Ground X Site Services | Attn: Legal | 3025 Lougheed Hwy #390 | | Coquitlam | BC | V3B 6S2 | Canada |
| Hard Drive Holdings LLC | Attn: Legal | 12912 North Telegraph Road | | Carleto | MI | 48117 | |
| Hawai'i Electric Light Company Inc. | Attn: Manager of Purchasing | 820 Ward Ave | | Honolulu | HI | 96814 | |
| HSI | Attn: Legal | 6136 Frisco Square Blvd | Ste 285 | Frisco | TX | 75034 | |
| IBEW | Attn: Legal | 1450 Meyerside Drive Suite 300 | | Mississauga | ON | L5T 2N5 | Canada |
| IBEW AFL-CIO | Attn: Legal | 900 Seventh Street NW | | Washington | DC | 20001 | |
| IBEW Local 17 Health & Welfare Fund | Attn: Legal Department | 700 Tower Drive  Suite 300 | | Troy | MI | 48098 | |
| IBEW Local 17 Mnt Alb Fund | Attn: Legal Department | 8044 Montgomery Rd Suite 522 | | Cincinnati | OH | 45236 | |
| IBEW Local 17 Mnt Dues | Attn: Legal Department | 1700 West 12 Mile Rd | | Southfield | MI | 48076 | |
| IBEW Local 17 Mnt H&W | Attn: Legal Department | 700 Tower Drive | Suite 300 | Troy | MI | 48098 | |
| IBEW Local 17 Util Ald Fund | Attn: Legal Department | 8044 Montogomery Rd | Suite 522 | Cincinnati | OH | 45236 | |
| IBEW Local 17 Util H&W | Attn: Health and Welfare Fund | 700 Tower Drive | | Troy | MI | 48098 | |
| IBEW Local 738 | Attn: Legal Department | 2914 E. Marshall Avenue | | Longview | TX | 75601 | |
| IBEW Local Union 126 | Attn: Muttik Acree Lutz | 3455 Germantown Pike | | Collegeville | PA | 19426 | |
| IBEW Local Union 17 | Attn: J. Shaw & M. Kozlowski etc. | 17000 West 12 Mile Road | | Southfield | MI | 48076 | |
| IBEW Local Union 436 | K. Smith & D. Pace & P. Latimer | 810 N Newton Street | | El Dorado | AR | 71730 | |
| IBEW Local Union 995 | J. Dedon & K. Browning etc. | 8181 Tom Drive | | Baton Rouge | LA | 70815 | |
| Indigenous Iron Construction | NES Partnership | Attn: Joshua Pinksen | 2595 Deacon Street | Abbotsford | BC | V2T 4X2 | Canada |
| Jim Pattison Industries Ltd. | Attn: Legal | 4937 Regent Street | | Burnaby | BC | V5C 4H4 | Canada |
| JM Hydrovac Service | Attn: Jake Menning | 5759 Horse Lake Road | | 100 Mile House | BC | V0K 2E3 | Canada |
| Keller Construction Ltd. | Attn: Legal | 11430 160st NW E | | dmonton | AB | T5M 3Y7 | Canada |
| Koivisto's Sales & Service (1964) | Attn: Roni Mitchell | 89 Mackenzie Ave S | | Williams Lake | BC | V2G 1C4 | Canada |
| Koper & CO. Traffic Services Ltd. | Attn: Sarah Koper | 2191 Greylynn Crescent | | North Vancouver | BC | V7J 2X6 | Canada |
| Kyah Resources Inc. | Attn: Grant Gairdner | 732-Mt.Paul Way | | Kamloops | BC | V2H 1B5 | Canada |
| L&M Power Venture LLC | Attn: Legal | 56 East New York Avenue | | Somers Point | NJ | 08244 | |
| Lakewood Electric Ltd | Attn: Allen Binnie | 2007 Ogilvie Street | | Prince George | BC | V2N 1X2 | Canada |
| Langcorp Developments Ltd | Attn: Legal | DNS House 382 Kenton Road | | Harrow | MX | HA3 8DP | United Kingdom |
| LHH Recruitment Solutions | Attn: Legal | 915 Broadway 2nd Floor | | New York | NY | 10010 | |

In re: Rokstad Holdings Corporation, et al.
Case No. 24-12645 (MFW)



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Liberty & Associates II LLC | Attn: Christina Mirarchi | 3190 Tremont Ave Ste 100 | | Feasterville-Trevose | PA | 19053 | |
| Liberty Rokstad Power LLC | Attn: Legal | 3190 Tremont Avenue | | Feasterville-Trevose | PA | 19053 | |
| Linda Stevens | | Address on File | | | | | |
| Local Union 1245 IBEW AFL-CIO | Attn: Robert Dean | 30 Orange Tree Circle | | Vacaville | CA | 95687 | |
| Local Union 47 IBEW AFL-CIO | Attn: Colin Lavin | 600 N Diamond Bar Boulevard | | Diamond Bar | CA | 91765 | |
| Local Union 70 of the IBEW AFL-CIO | Attn: Legal | 63 North Dixie Drive | | Vandalia | OH | 45377- | |
| Local Union 700 IBEW | Attn: Eugene Wilson | 2914 Midland Boulevard | | Ft. Smith | AR | 72904 | |
| Local Union 700 IBEW | Attn: Wilson Landers Fraley | 2914 Midland Boulevard | | Fort Smith | AR | 72904 | |
| Local Union No 1002 Tulsa OK IBEW | Attn: Perkins Mickley Tucker | 12510 East 21st Street | | Tulsa | OK | 74129 | |
| Local Union No. 1002 IBEW | Attn: Brad Perkins | 12510 E 21st Street | | Tulsa | OK | 74129 | |
| Local Union No. 258 IBEW | Attn: Douglas S. McKay | 8029 199 Street Suite 140 | | Langley | BC | V2Y 0E2 | Canada |
| Local Unions No 47 & 1245 | AFL-Cio IBEW | PO Box 116503 | | Stockbridge | GA | 30281 | |
| MANA Construction Inc. | Attn: Legal | 45-169 Popoki Street | | Kaneohe | HI | 96744 | |
| Marno Trucking LTD. | Attn: Julie Schmidt | 1220 272 St | | Aldergrove | BC | V4W 2P8 | Canada |
| Maui Electric Company Limited | Attn: Manager of Purchasing | 820 Ward Ave | | Honolulu | HI | 96814 | |
| Merchants Fleet | Attn: Alison Hutcheson | 14 Central Park Dr 1st Floor | PO Box 16415 | Hooksett | NH | 03106 | |
| Merritt Properties | Attn: Legal | 2066 Lord Baltimore Drive | | Baltimore | MD | 21244 | |
| Merritt Properties | Attn: Legal | 3720 S-1110-12 Commerce Drive | | Baltimore | MD | 21227 | |
| Metro Blasting Inc. | Attn: Carolin | 1478 Eastern Drive | | Port Coquitlam | BC | V3C 2S6 | Canada |
| Metro Reload Ltd | Attn: Sharon Donchi | 1205 Chief Louis Way | | Kamloops | BC | V2H 1J8 | Canada |
| National Electrical Trust Fund 738 | Natl. Electrical Trust Fund SW Line | 7505 NW Tiffany Springs Pkwy | Ste 210 | Kansas City | MO | 64153 | |
| NE Line Constructors Chapter NECA | Attn: Michael Gilchrist | 700 White Plains Road Suite 271 | | Scarsdale | NY | 10583 | |
| Nesco LLC | Attn: Legal | 11199-48th Street SE | | Calgary | AB | T2C 5H4 | Canada |
| New Gold Inc. | Attn: Legal | PO Box 948 | | Kamloops | BC | V2C 5N4 | Canada |
| Newcrest Red Chris Mining Limited | Attn: Legal | PO Box 310 | Highway 37 | Dease Lake | BC | V0C 1L0 | Canada |
| O'Brien Bros Ent 569445 BC LTD. | Attn: Michelle Naber | 104 - 10180 199B Street | | Langley | BC | V1M 3X8 | Canada |
| Office Business Solutions LLC | Attn: Legal | 8080 Ward Pkwy Ste 300 | | Kansas City | MO | 64114 | |
| Onni Property Management Services | Attn: Legal | 1010 Seymour Street #200 | | Vancouver | BC | V6B 3M6 | Canada |
| Pacific Flagging | Attn: Erwin Arnolt | PO Box 444 | | Prince Rupert | BC | V8J 3R2 | Canada |
| Pacific North Court Holdings L.P. | Attn Property Management (Office) | 3420 Carmel Mountain Road Suite 100 | | San Diego | CA | 92121 | |
| PFVT Motors LLC | Attn: Legal | 9130 W Bell Rd | | Peoria | AZ | 85382- | |
| Philadelphia Electric Company | Attn: Legal | 2301 Market Street | | Philadelphia | PA | 19103 | |
| Piazza Family Limited Partnership | Attn: Legal | 1100 First Avenue Suite 100 | | King of Prussia | PA | 19406 | |
| Plowe Boys Enterprises Ltd | Attn: Bryan Plowe | 2901 Bowers Pl | | Kamloops | BC | V1S 1W5 | Canada |
| Plowe Boys Enterprises Ltd | Attn: Legal | 2075 High Forest Place | | Kamloops | BC | V2E 2H1 | Canada |
| PNR Railworks Inc | Attn: Douglas Schroeder | PO Box 7185 Station Terminal | | Vancouver | BC | V6B 4E2 | Canada |
| Polley Mining Corporation | Attn: Legal | PO Box 12 | | Likely | BC | V0L 1N0 | Canada |
| Power Contracting LLC | c/o Kirkland & Ellis LLP | Attn William J. Benitez P.C. | 609 Main St | Houston | TX | 77002 | |
| Power Contracting LLC | c/o Pike Corporation | Attn General Counsel | 615 S College St Ste 300 | Charlotte | NC | 28202 | |
| Powertech Labs Inc. | Attn: Legal | 12388 - 88th Avenue | | Surrey | BC | V3W 7R7 | Canada |
| Premier Truck Rental | Attn: Andrew Hovey | 9138 Bluffton Road | | Fort Wayne | IN | 46809 | |
| Prime Traffic Solutions Ltd | Attn: Lindsay Kowblick | 8029 199 St. #105 | | Langley | BC | V2Y 0E2 | Canada |
| Prophix | Attn: Legal | East Tower 3250 Bloor St W #1200 | | Etobicoke | ON | M8X 2X9 | Canada |
| Puget Sound Energy | Attn: Legal | 355 110th Ave NE | | Bellevue | WA | 98004 | |
| Ralph & Christina Mirarchi | | Address on File | | | | | |
| Rapid Traffic Management Ltd | Attn: Alysia Wallis | 4265 Cedar Drive | | Coquitlam | BC | V3E 3H7 | Canada |
| Rarestep Inc. d/b/a Fleetio | Attn: Legal | 1900 2nd Ave N Suite 300 | | Birmingham | AL | 35203 | |
| RKM Crane Services Ltd | Attn: Jordan Foster | 5368 273A Street | | Langley | BC | V4W 0A9 | Canada |
| Samsara Inc. | Attn: Legal | 1 De Haro St | | San Francisco | CA | 94103 | |
| Select Water Solutions LLC | Attn: Legal | 1233 West Loop South Suite 1400 | | Houston | TX | 77027 | |
| Sharp Business Systems | Attn: Legal | 610 W Alameda Dr | | Tempe | AZ | 85282 | |
| Sharp Electronics of Canada Ltd | Attn: Legal | 335 Britannia Road East | | Mississauga | ON | L4Z 1W9 | Canada |
| Shearwater Resort LLP | Attn: Legal | PO Box 68 | | Denny Island | BC | V0T 1B0 | Canada |

In re: Rokstad Holdings Corporation, et al.
Case No. 24-12645 (MFW)



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Sherweb Inc. | Attn: Legal | 95 S Jacques-Cartier Blvd Ste 400 | | Sherbrooke | QC | J1J 2Z3 | Canada |
| SignUp Software AB | Attn: Legal | Hallonbergsplan 5 | | Sundbyberg | | 174 52 | Sweden |
| SIMPCW Resources LLP | Attn: Tiana Powder | 6580 Dunn Lake Road | | Barriere | BC | V0E 1E0 | Canada |
| Southern California Edison Company | Attn: Ted Peters | 28460 Avenue Stanford | | Valencia | CA | 91355 | |
| Southern Railway of BC Ltd | Attn: Legal | 2102 River Drive | | New Westminster | BC | V3M 6S3 | Canada |
| SPAL General Constructors Ltd | Attn: Lori Simcox | 700 Apex Avenue | | North Vancouver | BC | V7H 2R5 | Canada |
| Sumas Environmental Services Inc. | Attn: Micah Wood & Manmeet Bhinder | 2711 5th Ave NE | | Calgary | AB | T2A 2L6 | Canada |
| Summit Blasting Ltd | Attn: Rhonda Cook | 909 Hwy 99N | PO Box 684 | Lillooet | BC | V0K 1V0 | Canada |
| Summit Earthworks | Attn: Legal | 33171 2nd Ave | | Mission | BC | V2V 6T8 | Canada |
| SW Line Constructors Chapter NECA | Attn: Legal | 12510 East 21st Street | | Tulsa | OK | 74129 | |
| SW Line Constructors Chapter NECA | c/o National Electrical Trust Fund | PO Box 20166 | | Kansas City | MO | 64195 | |
| Teck Highland Valley Copper Ptnrshp | Attn: Legal | PO Box 1500 | | Logan Lake | BC | V0K 1W0 | Canada |
| Tharrow Crane Ltd. | Attn: Glenn | 2895 Gunn Road | PO Box 1501 | Prince George | BC | V2L 4V5 | Canada |
| The Southeastern Line Constructors | Attn: Legal | 2914 Midland Boulevard | | Fort Smith | AR | 72904 | |
| TK Real Estate LLC | Desert Construction | 17161 Lilac Street | | Hesperia | CA | 92345 | |
| Tk'Emlups te Secwepemc | Attn: Legal | 200-300 Chief Alex Thomas Way | | Kamloops | BC | V2H 1H1 | Canada |
| TNT Traffic Solutions Ltd | Attn: Tammy Huscroft | 32839 Best Ave. | | Mission | BC | V2V 2S7 | Canada |
| Toolwatch Corp. | Attn: Legal | 13111 E. Briarwood Ste. 200 | | Englewood | CO | 80112 | |
| Totally One | Attn: Legal | 60 Saramia Crescent Unit 3&4 | | Concord | ON | L4K 4J7 | Canada |
| Triumph Traffic Industries 2024 Inc | Denise Spence & Acct Receivable | PO Box 46 | Mt. Lehman Stn | Abbotsford | BC | V4W 3X5 | Canada |
| Trueline Power and Consulting Ltd. | Attn: Legal | 8029 199 St Suite 105 | | Langley | BC | V2Y 0E2 | Canada |
| Tse'Khene Development LP | Attn: Legal | 1570 3rd Avenue | | Prince George | BC | V2L 3G4 | Canada |
| Universal Traffic/Gotraffic | Attn: Selena Sung | 340-8661 201 Street | | Langley | BC | V2Y 0G9 | Canada |
| Vancouver Airport Authority | Attn: Legal | PO Box 44638 | Domestic Terminal RPO | Richmond | BC | V7B 1W2 | Canada |
| Verizon Online LLC | MS: E1-3-218 Legal Department | 22001 Loudoun County Parkway | | Ashburn | VA | 20147 | |
| Veterans of Foreign Wars | Attn: Legal | 103 Northeast 20th Street | | Lawton | OK | 73507 | |
| W Line Constructors Chapter of NECA | Attn: Legal | PO Box 116503 | | Stockbridge | GA | 30281 | |
| Waikapu Properties LLC | Attn: Albert Boyce | PO Box 1870 | | Manteca | CA | 95336 | |
| Warrington PCI Management | Spire Golden LP | 1508 West Broadway 5th Floor | | Vancouver | BC | V6J 1W8 | Canada |
| Waste Connections of Canada Inc. | Attn: Legal | 25 Fawcett Road | | Coquitlam | BC | V3K 6V2 | Canada |
| Western High Voltage Ltd. | Attn: Brodie Reedman | 293 Holloway Dr. | | Tobiano | BC | V1S 0E3 | Canada |
| WJ Real Estate #1 LLC | Attn: Legal | PO Box 729 | | Calimesa | CA | 92320 | |
| Zeemac Vehicle Lease Ltd. | Attn: Legal | 2293 Douglas Road | | Burnaby | BC | V5C 5A9 | Canada |
| Zenco Hydrovac Excavation Ltd | Attn: Dominique Gunton | 4663 Banzer Drive | | Prince George | BC | V2K 4H2 | Canada |

In re: Rokstad Holdings Corporation, et al.
Case No. 24-12645 (MFW)

Page 4 of 4

# **Exhibit D**



**Exhibit D**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 0864449 B.C. Ltd-Norwest | c/o Gordon's Septic Water & Hydrovac, Norwest Vac | Attn: Mathew Chevigny | info@gordonsvacwl.com |
| 1265913 BC Ltd dba Sunny Green Environmental Hydro | Attn: Nicole Johnstone | | admin@sunnygreenenviro.ca |
| 1318936 B.C. Ltd. | Attn: Jacqueline Trudel | | jtrudel@thlawyers.com |
| 1st On-Site Traffic Control Ltd. | Attn: Paul Halliday | | accounts@1stonsitetrafficcontrol.com |
| Alliance Traffic Group Inc. | Attn: Tammy Gollin | | sonny.tumanan@alliancetraffic.ca tgollin@theuniversalgroup.ca |
| Altec Capital Services, LLC | Attn: Marlie Hall | | marlie.hall@altec.com |
| ARC Resources Ltd. | c/o Lex Engineering Ltd. | Attn: Paul Strachan | pstrachan@xentric.ca |
| Baltimore Gas & Electric Co. | Attn: William Shetterly | | william.shetterly@bge.com ann.blend@bge.com |
| BC Hydro | Attn: Robert Holt | | robert.holt@bchydro.com |
| Bear Creek Contracting Ltd. | Attn: Ron Burton | | rburton@bearcreekgroup.ca |
| Bernie and Aaron Rokstad | | | Email Address on File |
| BridgeRiver Management LP dba Lillooet Disposal | Attn: Brodly Jack | | accounting@lillooetdisposal.ca |
| Carillion USA Inc. | | | simon.buttery@carillionplc.com |
| City of Vancouver | Revenue Services, By-Law Fines | | angela.bernardo@vpd.ca |
| Coast To Coast Traffic Solutions Limited | Attn: Sahwn Ajaroodi | | accounts@canucksecurity.com accounts@c2ctraffic.ca |
| Consumers Energy Company | Attn: Leeroy Wells Jr | | insurancecertificates@cmsenergy.com trey.popp@cmsenergy.com leeroy.wellsjr@cmsenergy.com |
| Convverge, Inc | Attn: Contract Manager | | contact@convverge.com |
| Custom Truck Capital | | | mmartin@leaserv.com |
| D&B Auger Services | | | ken@henrydrilling.com |
| Dacon Corporation | Attn: Richard Lee | | daconaccountspayable@dashiell.com |
| Darktrace Holdings Limited | Attn: Legal Department | | notices@darktrace.com |
| Double Barrel Industries | Attn: Trent Backus | | doublebarrelind@gmail.com |
| Earth Vac Environmental Ltd. | | | earthvacbookkeeper@outlook.com |
| Environmental 360 Solutions dba Central Cariboo | Attn: Olivia Kozakevich | | okozakevich@e360s.ca |
| Exelon Business Services Company, LLC | Attn: Legal Department (Corporate & Commercial, and Litigation) | | legalnotices@exeloncorp.com |
| Fire & Water Hydrovac Ltd. | Attn: Chris Lemottee | | fireandwaterhydrovac@gmail.com |
| Flach Properties LLC | | | wflachjr@flachindustries.com |
| Global Rental Canada | Attn: Sue Bright | | globalcanadaremittance@altec.com |
| Ground X Site Services | | | monica@groundx.ca |
| Hawai'i Electric Light Company, Inc. | Attn: Manager of Purchasing (WAS1-VP) | | melissa.delacruz@hawaiianelectric.com legalnotices@hawaiianelectric.com |
| IBEW | | | ivpd_01@ibew.org |

In re: Rokstad Holdings Corporation, et al.
Case No. 24-12645 (MFW)

Page 1 of 3



**Exhibit D**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| IBEW Local Union 126 | Attn: Richard I. Muttik, Jason D. Acree & Steven W. Lutz | | local126@ibewlu126.com |
| IBEW Local Union 17 | Attn: James A. Shaw, Michael G. Kozlowski, & Allen D. Schroeder | | james.shaw@ibewlocal17.org |
| IBEW Local Union 436 | Attn: Kevin M. Smith, Daniel W. Pace & Patricia B. Latimer | | ibewl436@sbcglobal.net |
| IBEW Local Union 995 | Attn: Jason M. Dedon, Kelley R. Browning & Stephanie K. Laprairie | | ibew@lu995.com |
| Indigenous Iron Construction NES Partnership | Attn: Joshua Pinksen | | joshuap@indigenousiron.ca |
| JM Hydrovac Service | Attn: Jake Menning | | jake_menning@hotmail.ca jmhydrovac@shaw.ca |
| Keller Construction Ltd. | | | curtise@keller.ab.ca |
| Koivisto's Sales & Service (1964) Ltd | Attn: Roni Mitchell | | trafficbuddy@shaw.ca |
| Koper & CO. Traffic Services Ltd. | Attn: Sarah Koper | | koperandcompany@gmail.com |
| Kyah Resources Inc. | Attn: Grant Gairdner | | diane.soares@roga.ca |
| Lakewood Electric Ltd. | Attn: Allen Binnie | | acctreceivable@lakewoodelectric.ca |
| Local Union 1245, International Brotherhood of Electrical Workers, AFL-CIO | Attn: Robert Dean | | rldj@ibew1245.com |
| Local Union 47, International Brotherhood of Electrical Workers, AFL-CIO | Attn: Colin Lavin | | info@ibew47.org |
| Local Union 700 IBEW | Attn: Roy E. Wilson, Bobby D. Landers & Parker Fraley | | ibew700@ibew700.com |
| Local Union 700, International Brotherhood of Electrical Workers | Attn: Eugene Wilson | | ibew700@ibew700.com |
| Local Union No 1002 Tulsa, Oklahoma of the International Brotherhood of Electrical Workers | Attn: Bradley J. Perkins, Joshua D. Mickley & Matt C. Tucker | | ibew@ibew1002.com |
| Local Union No. 1002, International Brotherhood of Electrical Workers | Attn: Brad Perkins | | ibew@ibew1002.com |
| Local Union No. 258, International Brotherhood of Electrical Workers | Attn: Douglas S. McKay | | info@ibew258.bc.ca |
| Marno Trucking LTD. | Attn: Julie Schmidt | | marnotrucking@gmail.com |
| Maui Electric Company, Limited | Attn: Manager of Purchasing (WAS1-VP) | | melissa.delacruz@hawaiianelectric.com legalnotices@hawaiianelectric.com |
| Metro Blasting Inc. | Attn: Carolin | | metroblasting@hotmail.com |
| Metro Reload Ltd | Attn: Sharon Donchi | | bookkeeper@metroreload.com |
| O'Brien Bros Ent 569445 BC LTD. | Attn: Michelle Naber | | michelle@obrienbros.com |
| Pacific Flagging | Attn: Erwin Arnolt | | pacificflagging@gmail.com |
| Plowe Boys Enterprises Ltd | Attn: Bryan Plowe | | bryanplowe@plowepower.com |
| PNR Railworks Inc | Attn: Douglas Schroeder | | dschroeder@pnrrailworks.com |
| Polley Mining Corporation | | | ap@mountpolley.com |
| Power Contracting, LLC | c/o Kirkland & Ellis LLP | Attn: William J. Benitez, P.C. | william.benitez@kirkland.com |

In re: Rokstad Holdings Corporation, et al.
Case No. 24-12645 (MFW)



**Exhibit D**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Power Contracting, LLC | c/o Pike Corporation | Attn: General Counsel | legal@pike.com |
| Powertech Labs Inc. | | | accountsreceivable@powertechlabs.com |
| Premier Truck Rental | Attn: Andrew Hovey | | ar@rentptr.com |
| Prime Traffic Solutions Ltd | Attn: Lindsay Kowblick | | info@primetraffic.ca |
| Rapid Traffic Management Ltd. | Attn: Alysia Wallis | | accounting@rapidtrafficmanagement.ca |
| RKM Crane Services Ltd. | Attn: Jordan Foster | | ar@rkmcrane.com |
| Sherweb Inc. | Attn: Legal | | accountsreceivable@sherweb.com<br>legal@sherweb.com |
| SignUp Software AB | | | finance@signupsoftware.com |
| SIMPCW Resources LLP | Attn: Tiana Powder | | holiver@simpcwresourcesgroup.com<br>tpowder@simpcwresourcesgroup.com |
| Southern California Edison Company | Attn: Ted Peters | | ted.peters@sce.com |
| Southwestern Line Constructors Chapter, NECA | c/o National Electrical Trust Fund | | rm@mvsneca.org |
| Sumas Environmental Services Inc. | Attn: Micah Wood, Manmeet Bhinder | | cathy@sumas.net<br>office@sumas.net |
| Summit Blasting Ltd | Attn: Rhonda Cook | | rhonda_summit@telus.net |
| Summit Earthworks | | | andrew@summitearthworks.ca |
| Tharrow Crane, Ltd. | Attn: Glenn | | tharrowcrane@tharrow.ca |
| TNT Traffic Solutions Ltd. | Attn: Tammy Huscroft | | tnttrafficsolutions@gmail.com |
| Triumph Traffic Industries(2024) Inc | Attn: Denise Spence, Accounts Receivable | | info@triumphtraffic.com |
| Trueline Power and Consulting Ltd. | | | work@truelinepower.com |
| Universal Traffic/Gotraffic | Attn: Selena Sung | | ssung@theuniversalgroup.ca |
| Veterans of Foreign Wars | | | vfw5263cdr@gmail.com |
| Waikapu Properties, LLC | Attn: Albert Boyce | | albertboyce@gmail.com |
| Western High Voltage Ltd. | Attn: Brodie Reedman | | info@westernhighvoltage.com |
| Yellowstone Traffice and Safety | Attn: Leryn | | yellowstonetraffic@gmail.com |
| Zeemac Vehicle Lease Ltd. | | | admin@zeemac.com |
| Zenco Hydrovac Excavation Ltd. | Attn: Dominique Gunton | | accounts@zencohydrovac.com |

In re: Rokstad Holdings Corporation, et al.
Case No. 24-12645 (MFW)

Page 3 of 3