IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Rockstad Holdings Corporation, *et al.* | Case No. 24-12645 (MFW) <br> (Jointly Administered) |
| Debtors in a Foreign Proceeding.[1] | Related D.I. 83 |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Tracy L. Thom and Jennifer J. Thom, hereby withdraws the *Motion of Tracy L. Thom and Jennifer J. Thom for Relief from the Automatic Stay Pursuant to 11 U.S.C. §§ 362(D) and 1520* [D.I. 83], filed on March 18, 2025.

Dated: March 18, 2025

ASHBY & GEDDES

*/s/ Benjamin W. Keenan*
Gregory A. Taylor (#4008)
Benjamin W. Keenan (#4724)
P.O. Box 1150
500 Delaware Ave.
Wilmington, DE 19899
Tel: 302-654-1888
Email: bkeenan@ashbygeddes.com

And

PICKETT DUMMIGAN WEINGART LLC
J. Randolph Pickett, Esq.
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
Tel: (503) 226-3628
Email: Randy@pdw.legal

*Attorneys for Tracy L. Thom and Jennifer J. Thom*

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Rokstad Holdings Corporation (7932); Rokstad Power (2018) Ltd. (8273); Golden Ears Painting & Sandblasting (2018) Ltd. (8286); Plowe Power Systems (2018) Ltd. (8882); Rokstad Power (Prairies) Ltd. (9305); Rokstad Power Transmission Services Ltd. (9301); Rokstad Power Construction Services Ltd. (9295); Rokstad Power (East), Inc. (4090); Rokstad Power Inc. (4394); and Rok Air, LLC (6825).