**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| ROKSTAD HOLDINGS CORPORATION, et al.,[1] | Case No. 24-12645 (MFW) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 17, 2025 AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Walrath's Chambers Procedures (https://www.deb.uscourts.gov/judge-mary-f-walrath) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Walrath's expectations of remote participants, and the advance registration requirements.**

**The deadline to register for remote attendance at the hearing is 4:00 p.m. one business day before hearing (Prevailing Eastern Time) using the *eCourtAppearances* tool available on the Court's website.**

## MATTER GOING FORWARD

1. Final Report and Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the Distribution and Discharge Order; (II) Closing the Chapter 15 Cases; and (III) Granting Related Relief [Filed: 10.14.26, Docket No. 5].

   Response Deadline: November 13, 2026 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   (a) Affidavit of Service re: Final Report and Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the Distribution and Discharge

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Rokstad Holdings Corporation (7932); Rokstad Power (2018) Ltd. (8273); Golden Ears Painting & Sandblasting (2018) Ltd. (8286); Plowe Power Systems (2018) Ltd. (8882); Rokstad Power (Prairies) Ltd. (9305); Rokstad Power Transmission Services Ltd. (9301); Rokstad Power Construction Services Ltd. (9295); Rokstad Power (East), Inc. (4090); Rokstad Power Inc. (4394); and Rok Air, LLC (6825).

Order; (II) Closing the Chapter 15 Cases; And (III) Granting Related Relief (Docket No. 95) [Filed 10.16.26; Docket No. 96].

Status: The matter will go forward.

Dated: November 13, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*

Debra I. Grassgreen (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
Brooke E. Wilson (admitted *pro hac vice*)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Tel: 302-652-4100
Fax: 302-652-4400
dgrassgreen@pszjlaw.com
sgolden@pszjlaw.com
bwilson@pszjlaw.com

*Attorneys for Foreign Representative*